IN THE SUPREME COURT OF ALASKA

In the Matter of Application for    )
                                    )
                                    )    OATH OF ATTORNEY
Admission to the Alaska             )
Bar Association                     )

I do affirm:

I will support the Constitution of the United States and the Constitution of the State of Alaska;

I will maintain the respect due to courts of justice and judicial officers;

I will not counsel or maintain any proceedings which shall appear to me to be taken in bad faith or any defense except such as I believe to be honestly debatable under the law of the land;

I will employ for the purpose of maintaining the causes confided to me such means only as are consistent with truth and honor, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidence and preserve inviolate the secrets of my client, and will accept no compensation in connection with his business except from him or with his knowledge or approval;

I will be candid, fair, and courteous before the court and with other attorneys, and advance no fact prejudicial to the honor or reputation of a party or witness, unless required by the justice of the cause with which I am charged;

I will strive to uphold the honor and to maintain the dignity of the profession and to improve not only the law but the admistration of justice.

Sworn to in _Anchorage_, Alaska, this _22_ day of _October_, 1982.

_Eric Smith_
(Applicant's Signature)

Attachment 1
pg 1 of 2

RECEIVED
JUN 09 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ALASKA BAR
ASSOCIATION
BOX 279
ANCHORAGE, ALASKA
99510
(907) 272-7469

II

## CERTIFICATE OF COMPLIANCE WITH RULE 5

I HEREBY CERTIFY that the foregoing is true and correct as reflected by the records of the Alaska Bar Association; that _Eric B. Smith_ has been recommended by the Board of Governors as qualified for admission to practice law in Alaska and membership in the Alaska Bar Association.

DATED this 22nd day of October, 1982.

_____
Randall B. Burns
Executive Director
Alaska Bar Association

III

## ORDER OF ADMISSION

IT IS ORDERED THAT _Eric B. Smith_ be admitted as an attorney at law in all the Courts of the State of Alaska and to membership in the Alaska Bar Association, and

IT IS FURTHER ORDERED that a certificate of admission be issued to this applicant.

DONE this 1st day of November, 1982, at _____.

_____
Justice/Judge



ALASKA BAR ASSOCIATION
BOX 279
ANCHORAGE, ALASKA
99510
(907) 272-7469

Attachment
78 2/2