# AFFIDAVIT OF REVIEW
# ALASKA BAR RULE 64

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

State of Alaska )
) ss.
3rd Judicial District )

I, Eric Smith, being duly sworn, state:

In accordance with Alaska Bar Rule 64, I certify that I have read and am familiar with the Alaska Rules of Professional Conduct.

Eric Smith
**SIGNED NAME**

Eric Smith
**PRINTED NAME**

Box 672117
**ADDRESS**

Chugiak       AK
**CITY**         **STATE**

99567
**ZIP CODE**

8211149
**ALASKA BAR ASSOCIATION MEMBER NUMBER OR APPLICANT NUMBER**

SUBSCRIBED AND SWORN to before me this 17 day of June, 1996.

(SEAL)

Notary Public in and for Alaska
My Commission Expires: 6/5/99

[See other side for rule]

Attachment 2
Pg 1 of 1