RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

April 22, 1996

Eric Smith, Esq.
P.O. Box 202828
Anchorage, AK 99520

Dear Eric,

I am pleased you have accepted the appointment to the Palmer Superior Court in the Third Judicial District. Thank you for your involvement in the demanding application process.

Your outstanding legal expertise, record of public service, and the expressions of support by those we hold in high regard are a positive testament to your outstanding ability to serve the people of the State of Alaska as a member of Alaska's judiciary.

Through our mutual efforts, the vision we share for an environment of hope and progress for all Alaskans is attainable.

Sincerely,

s/s Tony Knowles

Tony Knowles
Governor

bcc:  Cindy Smith, Coordinator, Boards and Commissions
      William Cotton, Executive Director, Alaska Judicial Council
      Arthur Snowden II, Administrative Director, Alaska Court System
      The Honorable Allen Compton, Chief Justice, Alaska Supreme Court
      The Honorable Karl Johnston, Presiding Judge, Third Judicial District

TK/JV/MH/CS/mf                    0109
palmerjd.gov

Attachment 4
Pg 1 of 1