**STATE OF ALASKA**

THE GOVERNOR OF THE STATE OF ALASKA

TO ALL WHO SHALL SEE THESE PRESENTS GREETING:

KNOW YE, That reposing special trust and confidence in the *Integrity, Ability* and *Loyalty* of

JAY A. RABINOWITZ

by authority in me vested by law, I do hereby issue this commission for appointment as ASSOCIATE JUSTICE OF THE SUPREME COURT OF THE STATE OF ALASKA in and for the State of Alaska and do authorize and empower him to execute and fulfill all the duties of that office according to Law and to have and to hold the said Office with all powers to the same of right appertaining thereunto subject to the conditions prescribed by law.

IN TESTIMONY WHEREOF I have caused the seal of the State of Alaska to be hereunto affixed.

GIVEN under my hand at Juneau, the Fourth day of March in the year of our Lord one thousand nine hundred and sixty-five.

William A. Egan
Governor of Alaska

BY THE GOVERNOR:

Secretary of the State

*I hereby affirm that the attached reproduction consisting of 1 pages, is a true, correct and complete photocopy of an original document. Dated 5-15-06 at Anchorage, Alaska.*
Stephen Collier
Notary Signature
Commission Expires

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Attachment 5
Pg 191