RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA



Personnel Office
Alaska Court System

# OATH OF OFFICE

I, Eric Smith, do solemnly swear or affirm that I will support and defend the Constitution of the United States of America and the Constitution of the State of Alaska and that I will faithfully discharge my duties as a judicial officer for the State of Alaska to the best of my abilities.

I hereby attach hereto a reproduction consisting of ___/___ pages, is a true, correct and complete photocopy of an original document. Dated 5-15, 90 at Anchorage, Alaska.

_____
Notary Signature    Commission Expires

_____
Eric Smith

(Seal)

SWORN AND SUBSCRIBED to before me in Palmer, Alaska on the 12th day of July, 1996.

_____
Justice Dana Fabe

Attachment 6
Pg 1 of 1