# STATE OF ALASKA
## DEPARTMENT OF REVENUE
### CHILD SUPPORT ENFORCEMENT DIVISION

**TONY KNOWLES, GOVERNOR**

550 WEST 7th AVE, 4th FLOOR, MS 01
ANCHORAGE, AK 99501-6699
PHONE: (907) 269-6900
TOLL FREE ALASKA: (800) 478-3300
CASEWORKER FAX: (907) 269-6914
C.S.C. FAX: (907) 269-6813
TTY: (907) 269-6894

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

April 24, 2001

Leon Clugston
Po Box 874811
Wasilla, Ak 99687

Re: Withdrawal From Service/Case Closure

Our Case Number: 001049355

This letter is to confirm the receipt of Crystal's Withdrawal From Service (WDFS). However we are unable to completely close this case as there is an active Medicaid case. CSED will discontinue the collection of any funds that are owed to the Custodial Parent under the current order in force. The Non-Custodial Parent is responsible for remitting to the Custodial Parent any amounts that are due under the Order. We will however, continue to monitor case until Medicaid is closed.

If you have any questions feel free to contact me at (907) 357-3550.

Sincerely,

Zabrina Russell
Child Support Specialist

Attachment B
pg 1 of 2

---

SOUTHEAST OFFICE
PHONE: (907) 465-5887
FAX: (907) 465-5190

230 S. FRANKLIN STREET, SUITE 311
JUNEAU, AK 99801

NORTHERN INTERIOR OFFICE
PHONE: (907) 451-2830
FAX: (907) 451-2959

675 7th AVENUE, STATION G
FAIRBANKS, AK 99701

Date 4-24-01

CSED Case ID 0010049355

CSED Member # _____

## *Withdrawal From Services*

I the undersign, <u>DO NOT</u> want CSED to enforce the ongoing child support obligation.

I understand that if there is a debt to the state, that the case will remain open until the State debt has been satisfied.

Request made this 24 day of April, 19 2001

Crystal Laughren
signature

Attachment 8
Pg 2 f 2