ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT   001 049355

State <u>Alaska</u>,  
Co./City/Dist. of <u>Anchorage</u>  
Date of Order/Notice <u>APRIL   24, 2001</u>  
Court/Case Number <u>001049355</u>

\_ Original Order/Notice   tm 23  
\_ Amended Order/Notice  
X Terminate Order/Notice

**RECEIVED**
**JUN 0 9 2006**
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| 920043461 | RE: LEON G. CLUGSTON |
| Employer/Withholder's Federal EIN Number | Employee/Obligor's Name (Last, First, MI) |
| WOLVERINE SUPPLY INC | 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 |
| Employer/Withholder's Name | Employee/Obligor's Social Security Number |
| ATTN: PAYROLL | 04144114 |
| Employer/Withholder's Address | Employee/Obligor's Case Identifier |
| 5099 E PARKS HWY STE 201 | CRYSTAL D. LANGHAM |
| WASILLA, AK 99654-8419 | Custodial Parent's Name (Last, First, MI) |

Child(ren)'s Name:       DOB           Child(ren)'s Name:       DOB  
NICHOLAS L. LANGHAM   08/15/94

**ORDER INFORMATION:** This is an Order/Notice to Withhold Income for Child Support based upon an order for support from AK. By law, you are required to deduct these amounts from the above-named employee's/obligor's income until further notice.

\_ If checked, you are required to enroll the child(ren) identified above in any health insurance coverage available through the employee's/obligor's employment.

$ N/A       per Month in current support  
$ N/A       per Month in past due support       Arrears 12 weeks or greater? N/A yes no  
$ N/A       per Month in medical support  
$ N/A       per Month in other (specify) Interest  
$ N/A       per Month in other (specify) Fees  
for a total of $ N/A per Month to be forwarded to the payee below.

**COPY**

You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered support payment cycle, use the following to determine how much to withhold:

$ N/A per weekly pay period.                                    $ N/A per semimonthly pay period (twice a month).  
$ N/A per biweekly pay period (every two weeks).   $ N/A per monthly pay period.

REMITTANCE INFORMATION:

You must begin withholding no later than the first pay period occurring (See #10 on back) working days after the date of this Order/Notice. Send payment within 7 working days of the paydate/date of withholding. You are entitled to deduct a fee to defray the cost of withholding. Refer to the laws governing the work state of the employee for the allowable amount. The total withheld amount, including your fee, cannot exceed 40% of the employee's/obligor's aggregate disposable weekly earnings. For the purpose of the limitation on withholding, the following information is needed **(See #9 on back).**

When remitting payment provide the paydate/date of withholding and the case identifier 04144114. If remit by EFT/EDI please contact Brandi Reischman at 907-269-6750 for forms to complete this action.

Make it payable to CSED

Send check to:       P.O. Box 102760  
                                Anchorage, AK  
                                99510-2760

Authorized by   *Darrell J. Watson* (signature)

Darrell Watson

Attachment 9
TE / 6 4

CSED 04-1869 (Rev 3/23/01)                                                                                        OMB No.: 0870-0  
U-01/7202 C-23/7208                                                                                                  EXPIRATION DATE: 12/31/00

ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT   001 0499355

State Alaska,  
Co./City/Dist. of Anchorage  
Date of Order/Notice APRIL   24, 2001  
Court/Case Number 001049355

___ Original Order/Notice   Tm23  
___ Amended Order/Notice  
X Terminate Order/Notice

| 954059365 | ) | RE: LEON G. CLUGSTON |
|---|---|---|
| Employer/Withholder's Federal EIN Number | ) | Employee/Obligor's Name (Last, First, MI) |
| WSTN ATLAS INTERNATIONAL IN | ) | 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 |
| Employer/Withholder's Name | ) | Employee/Obligor's Social Security Number |
| ATTN: PAYROLL | ) | 04144114 |
| Employer/Withholder's Address | ) | Employee/Obligor's Case Identifier |
| 10001 RICHMOND AVE | ) | CRYSTAL D. LANGHAM |
| HOUSTON, TX 77042-4205 | ) | Custodial Parent's Name (Last, First, MI) |
|  | ) |  |

Child(ren)'s Name:          DOB                Child(ren)'s Name:          DOB  
NICHOLAS L. LANGHAM      08/15/94

**ORDER INFORMATION:** This is an Order/Notice to Withhold Income for Child Support based upon an order for support from AK. By law, you are required to deduct these amounts from the above-named employee's/obligor's income until further notice.

_ If checked, you are required to enroll the child(ren) identified above in any health insurance coverage available through the employee's/ obligor's employment.

    $ N/A    per Month in current support  
    $ N/A    per Month in past due support    Arrears 12 weeks or greater? N/A  yes  no  
C   $ N/A    per Month in medical support  
    $ N/A    per Month in other (specify) Interest  
O   $ N/A    per Month in other (specify) Fees  
    for a total of $ N/A per Month to be forwarded to the payee below.  
P  
You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered support payment cycle, use the following to determine how much to withhold:  
Y  
$ N/A per weekly pay period.                  $ N/A per semimonthly pay period (twice a month).  
$ N/A per biweekly pay period (every two weeks).    $ N/A per monthly pay period.

REMITTANCE INFORMATION:

You must begin withholding no later than the first pay period occurring (See #10 on back) working days after the date of this Order/Notice. Send payment within 7 working days of the paydate/date of withholding. You are entitled to deduct a fee to defray the cost of withholding. Refer to the laws governing the work state of the employee for the allowable amount. The total withheld amount, including your fee, cannot exceed 40% of the employee's/obligor's aggregate disposable weekly earnings. For the purpose of the limitation on withholding, the following information is needed **(See #9 on back).**

When remitting payment provide the paydate/date of withholding and the case identifier 04144114. If remit by EFT/EDI please contact Brandi Reischman at 907-269-6750 for forms to complete this action.

Make it payable to CSED

Send check to:    P.O. Box 102760  
                     Anchorage, AK  
                     99510-2760

Authorized by    _Darrell J. Watson_  
Darrell Watson

Attachment 9  
Pg 284

CSED 04-1869 (Rev 3/23/01)  
U-01/7202 C-23/7208

OMB No.: 0870-0  
EXPIRATION DATE: 12/31/00

ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT   001 049355

State Alaska,
Co./City/Dist. of Anchorage
Date of Order/Notice APRIL 24, 2001
Court/Case Number 001049355

___ Original Order/Notice
___ Amended Order/Notice
 X  Terminate Order/Notice

RE: LEON G. CLUGSTON

| Employer/Withholder's Federal EIN Number | Employee/Obligor's Name (Last, First, MI) |
|---|---|
| EMPLOYMENT SECURITY DIV | 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 |
| Employer/Withholder's Name | Employee/Obligor's Social Security Number |
| ATTN UI SUPPORT UNIT | 04144114 |
| Employer/Withholder's Address | Employee/Obligor's Case Identifier |
| PO BOX 25509 | CRYSTAL D. LANGHAM |
| JUNEAU, AK 99802-5509 | Custodial Parent's Name (Last, First, MI) |

Child(ren)'s Name:         DOB          Child(ren)'s Name:         DOB
NICHOLAS L. LANGHAM    08/15/94

**ORDER INFORMATION:** This is an Order/Notice to Withhold Income for Child Support based upon an order for support from AK. By law, you are required to deduct these amounts from the above-named employee's/obligor's income until further notice.

_ If checked, you are required to enroll the child(ren) identified above in any health insurance coverage available through the employee's/ obligor's employment.

**C O P Y**

$ N/A      per Month in current support
$ N/A      per Month in past due support      Arrears 12 weeks or greater? N/A  yes  no
$ N/A      per Month in medical support
$ N/A      per Month in other (specify) Interest
$ N/A      per Month in other (specify) Fees
for a total of $ N/A per Month to be forwarded to the payee below.

You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered support payment cycle, use the following to determine how much to withhold:

$ N/A per weekly pay period.                    $ N/A per semimonthly pay period (twice a month).
$ N/A per biweekly pay period (every two weeks).   $ N/A per monthly pay period.

REMITTANCE INFORMATION:

You must begin withholding no later than the first pay period occurring (See #10 on back) working days after the date of this Order/Notice. Send payment within 7 working days of the paydate/date of withholding. You are entitled to deduct a fee to defray the cost of withholding. Refer to the laws governing the work state of the employee for the allowable amount. The total withheld amount, including your fee, cannot exceed 40% of the employee's/obligor's aggregate disposable weekly earnings. For the purpose of the limitation on withholding, the following information is needed **(See #9 on back).**

When remitting payment provide the paydate/date of withholding and the case identifier 04144114. If remit by EFT/EDI please contact Brandi Reischman at 907-269-6750 for forms to complete this action.

Make it payable to CSED

Send check to:    P.O. Box 102760
                  Anchorage, AK
                  99510-2760

Authorized by   *Darrell J. Watson* (signature)

Darrell Watson

CSED 04-1869 (Rev 3/23/01)                                           OMB No.: 0870-0
U-01/7202 C-23/7208                                                  EXPIRATION DATE: 12/31/00

ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT

State Alaska,
Co./City/Dist. of Anchorage
Date of Order/Notice APRIL 24, 2001
Court/Case Number 001049355

\_ Original Order/Notice
\_ Amended Order/Notice
X Terminate Order/Notice

| | |
|---|---|
| 920027358 | RE: LEON G. CLUGSTON |
| Employer/Withholder's Federal EIN Number | Employee/Obligor's Name (Last, First, MI) |
| AK STATE FAIR INC | 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 |
| Employer/Withholder's Name | Employee/Obligor's Social Security Number |
| ATTN: PAYROLL | 04144114 |
| Employer/Withholder's Address | Employee/Obligor's Case Identifier |
| 2075 GLENN HWY | CRYSTAL D. LANGHAM |
| PALMER, AK 99645-6770 | Custodial Parent's Name (Last, First, MI) |

Child(ren)'s Name: NICHOLAS L. LANGHAM   DOB 08/15/94     Child(ren)'s Name:   DOB

**ORDER INFORMATION:** This is an Order/Notice to Withhold Income for Child Support based upon an order for support from AK. By law, you are required to deduct these amounts from the above-named employee's/obligor's income until further notice.

\_ If checked, you are required to enroll the child(ren) identified above in any health insurance coverage available through the employee's/ obligor's employment.

$ N/A   per Month in current support
$ N/A   per Month in past due support     Arrears 12 weeks or greater? N/A  yes  no
$ N/A   per Month in medical support
$ N/A   per Month in other (specify) Interest
$ N/A   per Month in other (specify) Fees
for a total of $ N/A per Month to be forwarded to the payee below.

You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered support payment cycle, use the following to determine how much to withhold:

$ N/A per weekly pay period.                    $ N/A per semimonthly pay period (twice a month).
$ N/A per biweekly pay period (every two weeks).  $ N/A per monthly pay period.

REMITTANCE INFORMATION:

You must begin withholding no later than the first pay period occurring (See #10 on back) working days after the date of this Order/Notice. Send payment within 7 working days of the paydate/date of withholding. You are entitled to deduct a fee to defray the cost of withholding. Refer to the laws governing the work state of the employee for the allowable amount. The total withheld amount, including your fee, cannot exceed 40% of the employee's/obligor's aggregate disposable weekly earnings. For the purpose of the limitation on withholding, the following information is needed **(See #9 on back).**

When remitting payment provide the paydate/date of withholding and the case identifier 04144114. If remit by EFT/EDI please contact Brandi Reischman at 907-269-6750 for forms to complete this action.

Make it payable to CSED

Send check to:   P.O. Box 102760
                 Anchorage, AK
                 99510-2760

Authorized by _Darrell J. Watson_ (signature)

Darrell Watson

Attachment 9
Pg 4/4

CSED 04-1869 (Rev 3/23/01)
U-01/7202 C-23/7208

OMB No.: 0870-0
EXPIRATION DATE: 12/31/00