# STATE OF ALASKA
## CHILD SUPPORT ENFORCEMENT DIVISION
*Case Summary*

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case Number: 001049355
NCP: Leon Clugston
CP: Crystal Langham
Date: 01/29/04
Prepared: C. Barnhart

| Arrears as of: 01/28/04 | | Child Sup Arrears | | | Interest Due |
|---|---|---|---|---|---|
| | Clients Arrears | 7,926.48 | | | 632.43 |
| | Welfare Arrears | 0.00 | | | 0.00 |
| | Federal Foster Care Arrears | 0.00 | | | 0.00 |
| | | | | | |
| | Fees | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Due On Case | | 7,926.48 | | | 632.43 |
| Grand Total | | 8,558.91 | | | |

I hereby certify that this is a true & correct copy
of the official record of the Child Support
Enforcement Division in my custody & control
at the time of this audit.
Certified to this:

29-Jan-04

Child Support Enforcement Division
Department of Revenue

*C. Barnhart*
C. Barnhart
Accounting Tech II

Attachment 10
pg 1 of 3

# STATE OF ALASKA
## DEPARTMENT OF REVENUE
*CHILD SUPPORT ENFORCEMENT DIVISION*

Please Reply To:

CSED, MAILSTOP 23
845 W COMMERCIAL DR
WASILLA, AK 99654
PHONE: (907)357-3550   FAX: (907)357-3552
DIANE M PANKOWSKI

LEON G. CLUGSTON
PO BOX 874811
WASILLA, AK 99687-4811

DECEMBER 2, 2003

Case Number: 001049355
Re:   CRYSTAL D. LANGHAM  vs.  LEON G. CLUGSTON
      Your Member ID: 04144114

### LETTER OF INTRODUCTION

The Child Support Enforcement Division (CSED) has received a copy of the support order dated NOVEMBER 22, 1994, and an application for services from the custodial party. The support order requires you to pay child support in the amount of $411.00 per MONTH and spousal support in the amount of $N/A per N/A. You are required by law to comply with all provisions of this order. Your payments are due on the 1ST day of each month beginning AUGUST 1, 1994. **All payments must now be made through CSED.**

If you made direct payments to the custodial party prior to receiving this letter, please send me copies of the receipts or cancelled checks (front and back) within 30 days of us mailing this letter. Also, let us know if there were times after the order was established when you lived with the custodial parent or had custody of the children. We will then be able to subtract allowable credits from your account before we add on the amount of past due child support. We expect to be calculating the amount of past due support and adding it to your case within the next few months.

Child support debt accrues even if no child support agency is enforcing the order. It is your responsibility to pay the monthly obligation. Interest will be charged as prescribed by law on judgments and on arrearages.

CSED keeps records of payments made through us and forwards all support payments to the custodial party unless he/she is receiving public assistance and child support has been assigned to the State. The Child Support Enforcement Division will credit visitation periods as allowed in the child support order.

All payments are made by wage withholding from your employer, unless an exception has been authorized. If you are self-employed, a withholding order will be issued to you or your business. Self-employed persons can make payments by check or money order payable to the Child Support Enforcement Division and mailed to PO Box 102760 Anchorage, AK 99510-2760. **ALWAYS include the case number, your name and your Social Security Number.** You must notify us immediately of changes in: your mailing or residence address, employment or the availability of medical insurance coverage for the children.

(over)

CSED 04-1425 (rev 06/19/03)
U-20/7054 C-23/7208

TOLL FREE (In-state, outside Anchorage):  (800) 478-3300         SOUTHEAST: (907) 465-5887         MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900   FAX: (907) 269-6813 or 6914          FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (in-state, outside Anchorage): (800) 370-6894

*Attachment 10*
*Pg 2 p 3*

# Child Support Enforcement Division
## Statement of Child Support Received by Public Assistance Applicants
See instructions on the next page.

1. Your name _Crystal Langham_  CSED case number _____  Noncustodial parent's name _Leon Grugado_

2. You are the custodian of these minor children:

| Child's full name | Date of birth | Child's full name | Date of birth |
|---|---|---|---|
| nicholaslee langham | 8-15-94 | | |
| | | | |
| | | | |

3. If a child support order is in effect, please attach a copy of the order (and any previous orders).

4. Indicate in the table below what support you've received, and when. Attach additional pages if necessary. If you aren't sure how much child support you've received, attach a **written estimate** and check here: ☐

5. If you have received **no support at any time**, check here: ☐

6. If a child support order is in effect or you've been on public assistance, did you live with the other parent (or has that parent had custody of the children) since the order was issued or while you were on public assistance? ☐ Yes ☐ No
If yes, attach a **written explanation** detailing when you lived together (or when the other parent had custody).

| Year: 99 | Child Support | Alimony/Spousal | Year: 99 | Child Support | Alimony/Spousal | Year: 00 | Child Support | Alimony/Spousal |
|---|---|---|---|---|---|---|---|---|
| Jan | 185 | NA | Jan | 185 | NA | Jan | 185 | NA |
| Feb | 185 | | Feb | | | Feb | | |
| Mar | | | Mar | 185 | | Mar | 185 | |
| Apr | | | Apr | | | Apr | | |
| May | | | May | 185 | | May | 185 | |
| Jun | | | Jun | 185 | | Jun | | |
| July | | | July | | | July | | |
| Aug | | | Aug | | | Aug | | |
| Sep | | | Sep | | | Sep | | |
| Oct | | | Oct | | | Oct | | |
| Nov | | | Nov | | | Nov | | |
| Dec | | | Dec | | | Dec | | |

| Year: 01 | Child Support | Alimony/Spousal | Year: 02 | Child Support | Alimony/Spousal | Year: 03 | Child Support | Alimony/Spousal |
|---|---|---|---|---|---|---|---|---|
| Jan | 185 | NA | Jan | 200 | NA | Jan | 200 | NA |
| Feb | 185 | | Feb | 200 | | Feb | 200 | |
| Mar | 185 | | Mar | 200 | | Mar | 200 | |
| Apr | 185 | | Apr | 200 | | Apr | 200 | |
| May | 200 | | May | 200 | | May | 200 | |
| Jun | 200 | | Jun | 200 | | Jun | 200 | |
| July | 200 | | July | 200 | | July | 200 | |
| Aug | 200 | | Aug | 200 | | Aug | 200 | |
| Sep | 200 | | Sep | 200 | | Sep | 200-0 | |
| Oct | 200 | | Oct | 200 | | Oct | -0 | |
| Nov | 200 | | Nov | 200 | | Nov | | |
| Dec | 200 | | Dec | 200 | | Dec | | |

Signature _Crystal Langham_   Date _10/27/03_

CSED 04-1603a  (Rev. 02/26/02)  (9 pp.)   Page 4 of 9   Child Support Application (Public Assistance)

Attachment 10
B 343