RECEIVED

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**IN THE SUPERIOR COURT FOR THE STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT AT PALMER**

FILED IN THE TRIAL COURTS
STATE OF ALASKA, THIRD DISTRICT
AT PALMER

JUN 16 2004

Clerk of the Trial Courts
By _____ Deputy

| | |
|---|---|
| LEON GENE CLUGSTON, ) | |
| Plaintiff, ) | |
| vs. ) | |
| CRYSTAL LANGHAM, ) | |
| Defendant. ) | Case No. 3PA-03-1454 CI |

## ORDER FOR RECONSIDERATION

IT IS SO ORDERED that Plaintiff's Motion for Reconsideration is ~~GRANTED~~ DENIED for the reasons set for th the Court's order + the devt's opposition to the motion for reconsideration ~~The court's Order of May 21, 2004 is amended as follows:~~

1. Plaintiff's Motion for Child Support Credit and Stay of Administrative Proceeding is GRANTED.

2. The Child Support Enforcement Division (CSED) is hereby notified to stay their administrative proceedings and collections with regard to Plaintiff's, LEON GENE CLUGSTON, alleged child support arrearages in CSED case number 001049355 until such time as this court renders a ruling on the issue of the child support arrearage. In addition, CSED is prohibited from reporting Plaintiff to any Credit Reporting Agencies until such time as this court has rendered a ruling on the issue of the alleged child support arrearage.

*(paragraphs 1 and 2 crossed out with large X)*

Attachment 12
PB 1 of 2

LAW OFFICE OF
CANDICE M. BAILES
P.O. BOX 3722
PALMER, ALASKA 99645
TELEPHONE: (907) 745-6923
FACSIMILE: (907) 745-6924

JUN 04 2004

1

3. ~~Plaintiff is hereby given child support credit for the arrearages CSED claims that he owes. The court finds that MR. CLUGSTON'S child support obligation beginning May 1, 2001 is $200.00 per month. The court hereby orders CSED to make the appropriate adjustments to their records and credit MR. CLUGSTON against his child support arrearages.~~

DATED AND ENTERED this 16th day of June, 2004.

_____
ERIC SMITH
SUPERIOR COURT JUDGE

LAW OFFICE OF
CANDICE M. BALES
P.O. BOX 3722
PALMER, ALASKA 99645
TELEPHONE: (907) 745-6923
FACSIMILE: (907) 745-6924

I certify that on 6-17-04
a copy of this document was sent to:
☐ CSED          ☒ Attorney(s) of Record   Williams
☐ Plaintiff     ☒ Defendant               Bales
☐ Other _____
at the address(es) of record.
Rec'd Civil_____
                Date        Deputy Clerk

Attachment 12
Pg 2 of 2

2