

**2004-023030-0**
Recording Dist: 311 - Palmer
8/18/2004 12:01 PM Pages: 1 of 1

ALASKA

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Alaska Department of Revenue

**CHILD SUPPORT SERVICES DIVISION**

MS 01
CSSD
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
Phone: (907)269-6900
FAX:   (907)269-6813

PALMER RECORDING DISTRICT
1800 GLENN HWY STE 7
PALMER, AK 99645-6736

RETURN TO ABOVE ADDRESS

August 12, 2004

Case Number: ▓▓▓▓▓▓▓▓▓
Obligor:                LEON G. CLUGSTON
Last Known Address: 4555 S NAVIGATORS CIR
                    WASILLA, AK 99654-9436

## Assertion of Lien For Child Support (AS 25.27.230)

TO WHOM IT MAY CONCERN: PLEASE TAKE NOTICE that the Child Support Services Division (CSSD) is hereby asserting a Lien upon the real and personal property of the Obligor named LEON G. CLUGSTON, whose last known address is shown above, in the amount of said Obligor's liability for child support under case number 001049355. The said Obligor's present liability for child support is $ 8,262.04 as of August 12, 2004. An ongoing monthly obligation exists in the amount of $ 411.00.

Please be advised that any property which may be subject to this Lien may not be paid, released, sold, transferred, encumbered, or conveyed other than to this Division, without a written release or waiver signed by a representative of this Division or unless so ordered by the Superior Court or by a hearing officer's decision. The requirements of this Lien are not satisfied until the entire amount of the debt, including ongoing support and interest, is paid in full.

DATED this _16TH_ day of _August_, 20_04_.

_Ray A. Hollenbeck_
Ray A Hollenbeck
Child Support Specialist

Please Record In PALMER RECORDING DISTRICT
STATE BUSINESS

RECEIVED
JAN 06 2005

CSSD 04-1850 (Rev 07/06/04)
U-01/7100 C-01/7100 OP=311

Attachment CSED/MDC
PG 18/13