RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

FILED IN THE TRIAL COURTS
STATE OF ALASKA, THIRD DISTRICT
AT PALMER

OCT 1 9 2004

Clerk of the Trial Courts
By_____Deputy

| | |
|---|---|
| LEON GENE CLUGSTON, ) | |
| Plaintiff, ) | |
| vs. ) | |
| CRYSTAL LANGHAM, ) | |
| Defendant. ) | Case No. 3PA-03-1454 CI |

### DECREE OF CUSTODY

The court having entered its Findings of Fact and Conclusions of Law:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties shall have joint legal and shared physical custody of their minor child, NICHOLAS LEE LANGHAM, born August 15, 1994.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Findings of Fact and Conclusions of Law are fully incorporated into the Decree of Custody.

DATED and ENTERED this ___ day of _____, 2004, at Palmer, Alaska.

_____
ERIC B. SMITH
SUPERIOR COURT JUDGE

LAW OFFICE OF
CANDICE M. BALES
P.O. BOX 3722
PALMER, ALASKA 99645
TELEPHONE: (907) 745-6923
FACSIMILE: (907) 745-6924

I certify that on 10/19/04 a copy of this document was sent to:
☐ CSED  ☑ Attorney(s) of Record Bales
☐ Plaintiff  ☑ Defendant
☐ Other _____
at the address(es) of record.
Rec'd Jnl 10/19/04  KV
Date  Deputy Clerk

(Excerpt #2, p.1 of 1)

Attachment 14
78 191