RECEIVED
NOV 30 2004
CSED-MAT-SU

RECEIVED
JUN 0 9 2006
ANCHORAGE, ALASKA
DISTRICT COURT

**Demand of Administration Review    Case#001049355**

I Leon Gene Clugston on this date November 3 0 2004 bring the following subject matter to the attention of the Child Support Services Division (CSSD) for the quick and immediate withdrawal of all illegal activities, liens, withholdings, and accusations brought henceforth by the department of CSSD against me without the proper designation of authority and denial of Due Process as so secured and demanded under the Administration Procedures Act (APA) that this agency to date has so far not afforded all included to writ: **Section 44.62.360 accusation: (2) specify the statute and regulation Section 44.62.370 statement of issues (A .1) statute and regulation to show compliance, AS 44.62.640 (A)(3) regulation**. This issue has been an ongoing subject matter that has been ignored and trifled upon with the utmost concern on my part as being volatile of my sovereign rights guaranteed under the State of Alaska constitution, this new discovery brought forth clearly specifies for an agency to be compliant of the laws, it must follow the APA to the strictest intent, without interpretation, for that would undermine all legality therefore secured in the APA and would result in absolutely no force and effect of law, (supreme court of the United States –Chrysler Corp V. Brown, 441 U.S 281, 295, 296, 301, 303 (1979)  therefore, the state agencies must promulgate substantive regulations and only such substantive regulations have the **(force and effect of law)**. Fact –this was a closed case (CSSD) cannot argue this since there own records plus mine and Crystal's show they closed this case (April 24/2001), closed as defined under Webster and used as the standard in all industries and legal determinations, this was no longer a title IVD case and no money was owed to the State, withholding orders were lifted and there was no communication for three years  from CSSD to me or legal excerpts applied, which distinguishes the intent of CSSD to pursue this as a title IVD which it is not. This subject matter is of the utmost concern of all citizens of the United States of America of the Foreign State of Alaska domiciled within the territorial boundaries of Alaska for it shows clear negligence, and malicious and sadistic intent cloaked under the color of law  resulting in abuse from this agency and all parties directly and or non directly involved but in knowing of procedural violations, henceforth show me the statutorial  law and substantive regulation for myself to be compliant to or drop all sadistic charges of intent, for it has been clearly shown that you (CSSD and representing legal's) are in complete violation of procedures, there for all actions  taken by CSSD an representing entities are without legal just cause as so protected, and are determined legally to be **void.**

An immediate answer with showing of compliance in either direction is mandatory and therefore stated, now that all wrong doings intricate or not  have been discovered and inferred for otherwise this is a cause of action  that will result in the pursuance of a court decision where I will request for admission on all subject matters listed before hand, and opening all entities in there official and non official capacity liable of any and all tort claims that shall follow if such actions are to be necessary for this matter to come to a close.

Attachment 1 6
7s l6 l

Signed sincerely

*Leon Gene Clugston*

20 04 , by  LEON  G. Clugston

*Kimberly ____*

Notary Public

NOTARY
PUBLIC
STATE OF ALASKA

**JURAT**
of  Alaska .
ty of  Mat Su .

ribed and sworn/affirmed to before me this 30 day of Nov

My Commission Expires:  12/9/____