# STATE OF ALASKA
## DEPARTMENT OF REVENUE

*CHILD SUPPORT SERVICES DIVISION*

**FRANK MURKOWSKI, GOVERNOR**

Please Reply To:

CSSD, MS
550 WEST 7th AVE., SUITE 310
ANCHORAGE, AK 99501-6699

RECEIVED

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

December 20, 2004

Leon Clugston
4555 S Navigators Cir
Wasilla, AK 99654-9436

Case no: 001049355

Dear Mr. Clugston:

This letter is in response to the correspondence sent to our office November 30, 2004. Ms. Langham withdrew from child support services April 2001. CSSD informed you we were unable to close your case at the time due to Nicholas being on an open medical grant. The letter also stated it was the non-custodial parent's responsibility for remitting to the custodial parent any amounts that are due under the order. On April 2, 2003 CSSD sent you a letter stating we were closing the case due to the closure of Nicholas's medical grant. CSSD will reopen the case in the event a medical grant reopens, or if Ms. Langham reapplies for services. Your case was reopened December 2, 2003 CSSD, because Nicholas was on a medical grant, and Ms. Langham stated she would like CSSD services in collecting child support. CSSD has adjusted the case for payments made directly to Ms. Langham during the time frames she had withdrawn from services. If you have further direct payment information please submit to CSSD to review.

If you have any further question please contact me at (907) 269-6933

Sincerely,

Rachel King
Child Support Specialist

TOLL FREE (In-state, outside Anchorage): (800) 478-3300   SOUTHEAST: (907) 465-5887   MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900   FAX: (907) 269-6813 or 6914   FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 370-6894

Attachment 17
78 / 91