Alaska Department of Revenue
**Child Support Services Division**

Please Reply To:
CSSD.MS
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
PHONE: (907)269-6900   FAX: (907)269-6813
www.childsupport.alaska.gov

RECEIVED

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

June 22, 2005

LEON G. CLUGSTON
4555 S NAVIGATORS CIR
WASILLA, AK 99654-9436

Case Number: 001049355

You owe $ 6,063.16 in overdue child support. Therefore, the Child Support Services Division (CSSD) will report you to licensing agencies 60 days after this notice. This may result in the suspension of your occupational or driver's licenses.

If you want to enter into a payment agreement, pay off your debt or don't agree that you owe the debt, please contact me.

James E Davis
Child Support Specialist

EX 5

Attachment 19
Pg 1 of 1

60 Day Licensing Notice
CSSD 04-2300M (Rev 07/13/04)   U-01/7088   C-01/7088

TOLL FREE (In-state, outside Anchorage): (800) 478-3300         SOUTHEAST: (907) 465-5887        MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900   FAX: (907) 269-6813 or 6914         FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 370-6894