# STATE OF ALASKA

## DEPARTMENT OF REVENUE

### CHILD SUPPORT SERVICES DIVISION

Please Reply To:

CSSD, MAILSTOP 01
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
PHONE: (907)269-6900   FAX: (907)269-6813
**EMPLOYER HOTLINE: (907) 269-6901**

KANAGIQ CONSTRUCTION CO INC
ATTN: PAYROLL
527 E 4TH AVE
ANCHORAGE, AK 99501-2623

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
JUN 2 4 2005
BY:_____

June 22, 2005

Case Number:  001049355
Obligor:      LEON G. CLUGSTON
SSN:          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

## Demand for Delivery
### AS 25.27.250

DEMAND IS HEREBY MADE UPON YOU pursuant to Alaska Statute 25.27.250 TO DELIVER INCOME or PROPERTY, to wit: money, deposits, wages, or earnings which were withheld by you pursuant to the WITHHOLDING ORDER issued to you on December 2, 2003, and thereafter identified by you in your ANSWER TO INQUIRIES dated December 2, 2003, as being due, owing, or belonging to the obligor named LEON G. CLUGSTON who resides at:

   4555 S NAVIGATORS CIR
   WASILLA, AK 99654-9436

This demand is continuous for the lifetime of the lien or order and property should be delivered within seven (7) working days after the amount would have been paid or credited to the employee.

DELIVERY TO THE DIVISION OF MONEY shall be by remittance payable to the order of the CHILD SUPPORT SERVICES DIVISION, PO BOX 102760, ANCHORAGE, ALASKA 99510-2760. (Only child support payments should be mailed to this postal box address.) *Said remittance must identify the obligor's name and Social Security Number (SSN), and the above listed case number.*

If you have questions on this matter, call CSSD's Employer Hotline at (907) 269-6901.

DEMAND MADE June 22, 2005.

*Jerry Williamson*

_____
Richard Romero
Child Support Manager

Attachment 20
Pg 1 of 1

CSSD 04-1867 (rev 07/07/04)
U-01/7088  C-01/7088  OP=000054128E                                         EMPID
TOLL FREE (In-state, outside Anchorage): (800) 478-3300      SOUTHEAST: (907) 465-5887    MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900   FAX: (907) 269-6813 or 6914      FAIRBANKS: (907) 451-2830
       TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 370-6894