Alaska Department of Revenue

# Child Support Services Division

Please Reply To:
CSSD, MS   01
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
PHONE: (907)269-6900  FAX: (907)269-6813
www.childsupport.alaska.gov

**Notice of Garnishment**
(Financial Institution and Property)
(Alaska Statute 25.27.250, 15 Alaska Administrative Code 125.410, 460, 463.)

RECEIVED JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LEON G. CLUGSTON
4555 S NAVIGATORS CIR
WASILLA, AK 99654-9436

June 23, 2005

Our records indicate that you are delinquent in child support payments in the amount of $ 6,063.16. We have issued a garnishment to your property at the following institution(s):

MATANUSKA VALLEY F C U

You may contest this action by completing the bottom portion of this form, and returning the entire form to: Child Support Services Division, 550 West Seventh Avenue, 3rd Floor, MS 01, Anchorage, Alaska 99501-6699. **The form must be received by CSSD within fifteen (15) days of the mailing of this notice.**

Rachel A King
Child Support Specialist

---

I request an Administrative Review on this June 23, 2005 garnishment for one or more of the following reasons:

(_) 1. Another person has an interest in this account or it is a joint account. If another person has interest in the account, you or the other person must attach proof of each person's interest in the account including:
   - Copies of the account application
   - Account signature cards or Account statements
   - Evidence of deposits/withdrawals
   - Other evidence establishing the other party's interest in the account

(_) 2. There is no support order under which arrears have accrued.

(_) 3. I am not the person covered by the support order.

(_) 4. CSSD does not have the correct amount owed.

(_) 5. I have an active bankruptcy action pending.

(_) 6. I owe an amount that is less than four (4) times the monthly support obligation on my order.

(_) 7. I am not more than $1,000.00 in arrears.

**Please attach documents that support your request for a review and complete the following:**

My phone/message number is: _____  Date: _____

Address _____  Case No: 001049355

_____
Signature

CSSD 04-1878P (Rev 07/07/04)
U-01/7027 C-01/7088

TOLL FREE (In-state, outside Anchorage): (800) 478-3300    SOUTHEAST: (907) 465-5887    MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900   FAX: (907) 269-6813 or 6914    FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 370-6894

*Attachment 21 pg 1 of 2*

Alaska Department of Revenue

# Child Support Services Division

Please Reply To:
CSSD, MS    01
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
PHONE: (907)269-6900  FAX: (907)269-6813
www.childsupport.alaska.gov

## Notice of Garnishment
(Financial Institution and Property)
(Alaska Statute 25.27.250, 15 Alaska Administrative Code 125.410, 460, 463.)

LEON G. CLUGSTON
4555 S NAVIGATORS CIR
WASILLA, AK 99654-9436

June 23, 2005

Our records indicate that you are delinquent in child support payments in the amount of $ 6,063.16. We have issued a garnishment to your property at the following institution(s):

WELLS FARGO BANK, N.A.

You may contest this action by completing the bottom portion of this form, and returning the entire form to: Child Support Services Division, 550 West Seventh Avenue, 3rd Floor, MS 01, Anchorage, Alaska 99501-6699. **The form must be received by CSSD within fifteen (15) days of the mailing of this notice.**

Rachel A King
Child Support Specialist

---

I request an Administrative Review on this June 23, 2005 garnishment for one or more of the following reasons:

(__) 1. Another person has an interest in this account or it is a joint account. If another person has interest in the account, you or the other person must attach proof of each person's interest in the account including:
   - Copies of the account application
   - Account signature cards or Account statements
   - Evidence of deposits/withdrawals
   - Other evidence establishing the other party's interest in the account

(__) 2. There is no support order under which arrears have accrued.

(__) 3. I am not the person covered by the support order.

(__) 4. CSSD does not have the correct amount owed.

(__) 5. I have an active bankruptcy action pending.

(__) 6. I owe an amount that is less than four (4) times the monthly support obligation on my order.

(__) 7. I am not more than $1,000.00 in arrears.

**Please attach documents that support your request for a review and complete the following:**

My phone/message number is: _____    Date: _____

Address _____    Case No: 001049355

_____
Signature

CSSD 04-1878P (Rev 07/07/04)
U-01/7027  C-01/7088

TOLL FREE (In-state, outside Anchorage): (800) 478-3300      SOUTHEAST: (907) 465-5887      MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900    FAX: (907) 269-6813 or 6914      FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 370-6894

Attachment 21 p 2 g 2