Alaska Department of Revenue

# Child Support Services Division

Please Reply To:
CSSD, MS        01
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
PHONE: (907)269-6900   FAX: (907)269-6813
CSSD FEDERAL TAX ID#: 92-6001185
www.childsupport.alaska.gov

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

WELLS FARGO BANK, N.A.
PO BOX 29779
PHOENIX, AZ 85038-9779

Case Number: 001049355

Financial Institution Account Number(s): n/a

Obligor Member-ID:   04144114
Obligor Name:        LEON G. CLUGSTON
Also Known As:

Obligor SSN:         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
Alternate SSN(s):
Last Known Address:  4555 S NAVIGATORS CIR
                     WASILLA, AK 99654-9436

## ORDER TO WITHHOLD PROPERTY FOR CHILD SUPPORT
(Financial Institution and Property)
(Alaska Statute 25.27.250 & 260; 15 Alaska Administrative Code 125.410)

You are ordered to withhold property (including money, deposits, or balances) belonging to the above named obligor. The withholding is not to exceed the total amount of the arrearages, penalty, and interest which have been calculated in the amount of $ 6,063.16 as of June 23, 2005. You shall withhold property immediately and deliver said property to CSSD within fourteen (14) business days after you received this notice.

**Please send ALL payments to: CSSD, PO BOX 102760, ANCHORAGE AK 99510-2760.**
You may combine amounts withheld from more than one obligor into a single payment if you specify the portion attributable to each obligor (indicate case #, name, and SSN).

Also you must complete the reverse portion of this form within fourteen (14) days, and return it to: Child Support Services Division, 550 West Seventh Avenue, 3rd Floor, M/S 01, Anchorage, Alaska 99501-6699.

Describe property in your possession which belongs to the obligor and is subject to this Order and state the value or sum of each item. You may respond on your own letterhead, instead of this form. If you have any questions, contact the Employer Hotline by telephone at (907) 269-6901 or toll free in Alaska at 1-877-269-6685. You may also make contact by FAX at (907) 269-6650 or by Internet at www.childsupport.alaska.gov

Ordered June 23, 2005.

Richard Romero
Child Support Manager

(Please complete reverse side)

CSSD 04-1860F (Rev 07/06/04)
U-01/7027  C-01/7088 OP= SAV01

TOLL FREE (In-state, outside Anchorage): (800) 478-3300        SOUTHEAST: (907) 465-5887        MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900   FAX: (907) 269-6813 or 6914        FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (in-state, outside Anchorage): (800) 370-6894

Attachment 2 3
[B] 181