Alaska Department of Revenue

# Child Support Services Division

Please Reply To:
CSSD, MS       01
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
PHONE: (907)269-6900  FAX: (907)269-6813

LEON G. CLUGSTON
4555 S NAVIGATORS CIR
WASILLA, AK 99654-9436

August 11, 2005

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Case Number:       001049355
Noncustodial Parent:  LEON G. CLUGSTON
Custodial Parent:  CRYSTAL D. LANGHAM

**Notice to Noncustodial Parent - Enforcement of Health Care Withholding**
(Alaska Statute 25.27.063, 15 AAC 125.085, 45 CFR 303.32)

Because you are required to provide health care coverage for the child(ren) in this case, CSSD has sent a Notice to Withhold for Health Care Coverage to:

JOLLIFFE COMPANY

Your employer is required by law to withhold for health care coverage. You may request an administrative review of this withholding if you believe there has been a mistake - for example, if you are not required to provide coverage, other coverage is already in place, coverage is not available at a reasonable cost, or there is an alternative way to provide coverage. If you want an administrative review, complete this notice and return it to CSSD within 30 days. You must explain why you object to this withholding, and attach adequate documentation to support your objection (for example, provide proof of alternative coverage). The administrative review decision will be based on state and federal law, the facts in the case, and the documentation provided by the parties.

Kimberly K Hunter
Child Support Representative

I object to the withholding for health care coverage because: _____
_____
_____
_____

The following documents are attached in support of my objection: _____
_____

Address: _____    Phone: _____

Signature: _____    Date: _____

If you want an administrative review, complete this notice and return it to CSSD at the address above within 30 days.

*Attachment 24*
*pg 1 of 1*

CSSD 04-1878M (Rev 07/07/04) (M)            001049355
U-        /        C-01/7088                LEON G. CLUGSTON

TOLL FREE (In-state, outside Anchorage):  (800) 478-3300      SOUTHEAST: (907) 465-5887      MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900    FAX: (907) 269-6813 or 6914      FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 370-6894