RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

LEON GENE CLUGSTON,  )
        Plaintiff,  )
        )
v.  )
        )
CRYSTAL LANGHAM,  )
        Defendant.  )
_____)  Case No. 3PA-03-1454 CI

## MOTION TO CORRECT CLERICAL MISTAKE

The State of Alaska, Department of Revenue, Child Support Enforcement Division (CSED) moves the court pursuant to Civil Rule 60(a) to correct a clerical error in the child support order dated October 19, 2004. In particular, the motion is made to identify the obligor in paragraph 4 b.

This motion is supported by the attached memorandum of law.

DATED: _1/24/06_

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
D. Kevin Williams
Assistant Attorney General
Bar No. 9006041

DKW\SF\MOTIONS\CLUGSTON.L.MOT TO CORRECT

Attachment 25
78 1 of 4

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

LEON GENE CLUGSTON, )
)
    Plaintiff, )
)
v. )
)
CRYSTAL LANGHAM, )
)
    Defendant. )
_____ ) Case No. 3PA-03-1454 CI

### MEMORANDUM IN SUPPORT OF MOTION TO CORRECT CLERICAL MISTAKE

The State of Alaska, Department of Revenue, Child Support Services Division (CSSD) moves the court to correct a clerical mistake pursuant to Civil Rule 60(a). On October 19, 2004, the court issued a Child Support Order which inadvertently omitted the name of the obligor in paragraph 4 b. See Exhibit A. The undersigned contacted Candice Bales, the attorney who drafted the order, and learned that the obligor was most likely her client Leon Clugston. Nonetheless, this is a shared custody situation with does not allow precise identification of the obligor. Moreover, the face of the order should "stand alone" and include requisite information such as the name of the obligor.

Civil Rule 60(a) provides for correction of clerical mistakes in orders.

To facilitate proper enforcement of the child support obligation created by the court's order of November 19, 2004, CSSD respectfully requests that the court reissue the order so that it includes the name of the obligor in paragraph 4 b. A

MEMORANDUM IN SUPPORT
*Clugston v Langham*; Case No. 3PA-03-1454 CI
DKW\SF\MOTIONS\CLUGSTONL.MOT TO CORRECT

Page 1 of 2

*Attachment 25*
*Pg 2 of 4*

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

LEON GENE CLUGSTON, )
)
      Plaintiff, )
)
v. )
)
CRYSTAL LANGHAM, )
)
      Defendant. )
_____ ) Case No. 3PA-03-1454 CI

**ORDER GRANTING CSED'S MOTION TO CORRECT CLERICAL MISTAKE**

Having considered the motion to correct clerical mistake filed by the State of Alaska, Department of Revenue, Child Support Enforcement Division and any opposition and reply thereto and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the motion to correct clerical mistake is GRANTED. The child support order issued October 19, 2004 will be corrected so that it states the obligor's name in paragraph 4 as Leon Clugston.

Entered at Anchorage, Alaska this _____ day of _____, 2006.

_____
Superior Court Judge

DKW\SF\MOTIONS\CLUGSTON.L.MOT TO CORRECT

Attachment 25
Pg 3 of 4

proposed corrected order is filed herewith.

DATED: 1/24/06

By: *[signature]*
DAVID W. MÁRQUEZ
ATTORNEY GENERAL

D. Kevin Williams
Assistant Attorney General
Bar No. 9006041

MEMORANDUM IN SUPPORT
*Clugston v Langham*; Case No. 3PA-03-1454 CI
DKW\SF\MOTIONS\CLUGSTONL.MOT TO CORRECT

Attachment 25
PS 474

Page 2 of 2