IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

LEON GENE CLUGSTON, )
       Plaintiff, )
v. )
CRYSTAL LANGHAM, )
       Defendant. )
                                      )  Case No. 3PA-03-1454 CI

**REPLY TO OPPOSITION TO CORRECT CLERICAL MISTAKE**

Mr. Clugston's Opposition misses the point of CSSD's motion; there is simply no obligor named in the child support order.

Although CSSD does not know who the obligor should be, it appears from the circumstances (as set forth in the Memorandum in Support of Motion to Correct) that the obligor is Mr. Clugston. In fact, Mr. Clugston's Opposition does not proffer any substantive information which refutes a finding that he is the obligor.

Putting all of this aside, there needs to be an obligor named within the child support order. If the court has any doubts of the identity of the obligor, CSSD respectfully asks the court to set on a hearing so that the parties (not CSSD) can hash this out.

DATED: 2/01/06

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
D. Kevin Williams
Assistant Attorney General
Bar No. 9006041

DKW\SF\MOTIONS\CLUGSTON.L.REPLY TO OPP TO MOT TO CORRECT

Attachment 27
pg 1