Alaska Department of Revenue

# Child Support Services Division

Please Reply To:
CSSD, MS 18 Federal Offset
550 W 7TH AVE STE 310
ANCHORAGE AK 99501-6699
PHONE: (907)269-6900  FAX: (907)269-6650

LEON CLUGSTON
4555 S NAVIGATORS CIR
WASILLA, AK 99654-9436

February 16, 2006

Member-ID:    04144114

We determined that you owe past due support in the amount of $6,434.00. If you do not pay this amount in full in thirty days, we will refer your arrears to the United States Department of Treasury for collection from your federal tax refund or by administrative offset. The amount collected will be based upon the debt owed at the time of the offset and may exceed the amount indicated in this notice.

Your debt will remain subject to collection by federal tax refund or administrative offset until it is paid in full. This means that federal tax refunds and certain other federal payments due to you now or in the future will be collected without further notice.

We want to make sure that we are correct when we report past due support. Please contact us if there is a mistake. Also, you have a right to contest whether support is owed or whether the amount of past due support is correct. You may do this by requesting an administrative review. If your child support order was issued by another state, you may choose to have the review conducted in Alaska or the state that issued the order.

To request an administrative review by us or the state that issued the order, you must contact us within 30 days of the mailing of this notice. You may return the attached form or email your request to csed_federal_offset@revenue.state.ak.us. Your letter or email must be sent within 30 days of the mailing of this notice. Please specify your member ID.

If you file a joint income tax return and your spouse has no legal responsibility for this debt, he or she may be entitled to receive his or her portion of the joint refund. If your spouse meets these criteria, he or she may receive his or her portion of the joint refund by filing Form 8379, Injured Spouse Claim and Allocation. Form 8379 should be attached to the top of Form 1040 or 1040A or be filed according to other instructions as indicated on the Form 8379.

We also want you to know that if you owe more than $5,000 in past due child support during the year, the U.S. Secretary of State will refuse to issue a passport to you and may revoke, restrict or limit a passport previously issued.

I request an administrative review because I do not agree with the amount of past due child support given by CSSD. I disagree because:

(__) 1. CSSD does not have the correct amount owed.
(__) 2. There is no support order under which arrears have accrued.
(__) 3. I am not the person covered by the support order.
(__) 4. Other (please explain)

**I have attached the necessary documentation.**

My phone/message number is: _____    Date: _____

Member-ID: 04144114

_____
Obligor's Signature

February 16, 2006

CSSD 04-1802 (rev 10/26/04)  (M)

TOLL FREE (In-state, outside Anchorage):  (800) 478-3300        SOUTHEAST: (907) 465-5887      MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900     FAX: (907) 269-6813 or 6914       FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 370-6894