# United States Senate

**Ted Stevens**
Alaska

*President Pro Tempore*
Washington, DC 20510
(202) 224–3004
(202) 224–2354 (Fax)

**Committees:**
Chairman
Commerce, Science, and Transportation
Appropriations
Governmental Affairs
Rules and Administration
Library of Congress

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

December 20, 2005

Mr. Leon Clugstone
4555 South Navigator Circle
Wasilla, Alaska  99654

Dear Leon:

I have received a reply from Alaska Child Support Services in response to my inquiry on your behalf regarding the issues you had raised.  They are enforcing a standing court order and suggest that if you wish to amend this order you hire an attorney and return to court to seek a modification of the order.

With best wishes,

Cordially,

*[signature]*

TED STEVENS

*Attachment 30*
*(3 pg)*

| Anchorage | Fairbanks | Juneau | Wasilla | Kenai | Ketchikan | Bethel |
|---|---|---|---|---|---|---|
| (907) 271–5915 | (907) 456–0261 | (907) 586–7400 | (907) 376–7665 | (907) 283–5808 | (907) 225–6880 | (907) 543–1638 |