RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

State  Alaska

| | | |
|---|---|---|
| Citation | 2.12 | Procedures to Improve Program Effectiveness |
| § 454 (20) and 466 (a)(1), (b) and (d) of the Act; 45 CFR 303.100 | 1. | Income Withholding |

The State has in effect laws requiring the use of procedures for income withholding in accordance (a)(1) and with §466 (b) of the Act.

[ ]  The Secretary has granted the State an exemption from the requirements for income withholding in accordance with §466 (d).

TN# __01-01__  Approval Date __DEC 19 2001__  Effective Date __AUG 31 2001__

2.12-1

Att. 31
p.1 of 9

State  Alaska

| | | |
|---|---|---|
| Citation | 2.12 | Procedures to Improve Program Effectiveness |
| §§454(20) and 466(a)(2), (c) and (d) of the Act | 2. | Expedited Administrative and Judicial Procedures |

The State has in effect laws requiring the use of expedited administrative and judicial procedures for establishing, modifying, and enforcing support obligations in accordance with §466(a)(2), and including rules and authority applicable to all proceedings to establish paternity, or to establish, modify, or enforce support orders, as specified under §466(c)(2) of the Act.

[ ] Administrative procedures

[ ] Expedited judicial procedures

[X] Both administrative and expedited judicial procedures

The State has in effect laws giving the IV-D agency authority to take administrative actions specified in §466(c)(1) of the Act, without the necessity of obtaining a court or administrative order and to recognize the authority of another States's IV-D agency to take such actions, and procedures for coordination with ERISA in accordance with §466(c).

[ ] The Secretary has granted the State an exemption(s) from or waived compliance with expedited administrative and judicial procedures in accordance with §466(a)(2) and (d) for the political subdivisions listed in ATTACHMENT 2.12-2A. The list includes the exemption period for each political subdivision.

TN# __97-1__ Approval Date _7-30-99_ Effective Date ___OCT - 1 1997___

2.12-2

Att. 3/9
PS 2 g 9

State  Alaska

| | | |
|---|---|---|
| Citation | 2.12 | Procedures to Improve Program Effectiveness |
| § 454(20) and 466 of the Act; 45 CFR 302.70(a)(3) | 3. | Collection of Overdue Support by State Income Tax Refund Offset. |

[ ]  The IV-D agency has procedures for obtaining overdue support from State income tax refunds in accordance with 45 CFR 303.102.

[X]  The Secretary has granted the State an exemption from collection of overdue support by state income tax refund offset in accordance with 303.102. The exemption period is from July 1, 1997 through June 30, 1999.

TN#  97-1   Approval Date  JUL 30 1999   Effective Date  OCT - 1 1997

2.12-3

Att. 31
PJ 349

State  Alaska

Citation            2.12  Procedures to Improve Program
                          Effectiveness

§ 454(20) and       4.   Liens
466(a)(4) and (d)
of the Act               The State has in effect laws requiring
                         the use of procedures under which liens
                         arise by operation of law against real
                         and personal property for the amounts of
                         overdue support owed by a noncustodial
                         parent who resides or owns property in
                         the State; and the State accords full
                         faith and credit to liens arising in
                         another State in accordance with
                         §466(a)(4).

                         The State has guidelines which are
                         Generally available to the public to
                         Determine whether a case is
                         Inappropriate for application of this
                         Procedure, in accordance with §466(a).

                    [ ]  The Secretary has granted the State an
                         exemption from the requirement for liens
                         in accordance with §466(d).

                                    DEC 19 2001                    AUG 31 2001
TN#  01-01   Approval Date_____  Effective Date_____

2.12-4

Att. 31
79 497

State  Alaska

| | |
|---|---|
| Citation | 2.12 **Procedures to Improve Program Effectiveness** |
| §§454(20) and 466(a)(5) and (d) of the Act | 5. Paternity Establishment |

The IV-D agency has in effect laws requiring the use of procedures for paternity establishment in accordance with §466(a)(5).

The State presumption of paternity based upon genetic testing results indicating a threshold probability that the alleged father of the child, in accordance with §466(a)(5)(G), is:

[X] REBUTTABLE    [ ] CONCLUSIVE

[ ] The Secretary has granted the State an exemption from the paternity establishment requirement(s) listed in ATTACHMENT 2.12-5A, in accordance with §466(d).

TN# 97-1   Approval Date  JUL 30 1999   Effective Date  OCT - 1 1997

2.12-5

Att. 31
PG 5 of 9

State Alaska

Citation 2.12 Procedures to Improve Program Effectiveness

§§454(20) and 466 (a)(5) of the Act; 45 CFR 302.70 (a)(5)

5-1 Paternity Establishment.

[ X ] The IV-D agency has procedures for the establishment of paternity for any child at least up to the child's 18th birthday, in accordance with §302.70(a)(5)(i).

[ ] The Secretary has granted the State an exemption from paternity establishment in accordance with §302.70(a)(5)(i).

TN# 91-1   Approval Date NOV 20 1991   Effective Date JUL 1 NOV 20 1991

2.12-5-1

State  Alaska

| | | |
|---|---|---|
| Citation | 2.12 | **Procedures to Improve Program Effectiveness** |
| §§454(20) and 466 (a)(5) of the Act; 45 CFR 302.70(a)(5) | 5-2 | Paternity Establishment. |

[ X ] The State IV-D agency has procedures for using genetic testing in contested paternity cases in accordance with §302.70(a)(5)(ii).

[ ] The Secretary has granted the State an exemption from genetic testing in accordance with §302.70(a)(5)(ii).

TN# 91-1   Approval Date JUN 20 1991   Effective Date JUL 1 90

2.12-5-2

Att. 31
79 717

State ___ALASKA___

| Citation | 2.12 <u>Procedures to Improve Program Effectiveness</u> |

§ 454(20) and 466(a)(5) of the Act; 45 CFR 302.70(a)(5) and 303.5

5-3  Paternity Establishment

[X] The State has procedures for a simple civil process for voluntarily acknowledging paternity under which the State must provide that the rights and responsibilities of acknowledging paternity are explained and ensure that due process safeguards are afforded.

[X] The State has procedures for a hospital-based program for the voluntary acknowledgment of paternity during the period immediately before or after the birth of a child.

[X] The State has procedures under which the voluntary acknowledgment of paternity creates a rebuttable, or at the option of the State, conclusive presumption of paternity, and under which such voluntary acknowledgment is admissible as evidence of paternity.

  [X] Rebuttable presumption

  [ ] Conclusive presumption

[X] The State has procedures under which the voluntary acknowledgment of paternity must be recognized as a basis for seeking a support order without requiring any further proceedings to establish paternity.

[X] The State has procedures which provide that any objection to genetic testing results must be made in writing within a specified number of days before any hearing at which such results may be introduced into evidence, and if no objection is made, the test results are admissible as evidence of paternity without the need for foundation testimony or other proof of authenticity or accuracy.

TN# __96-1__  Approval Date __JAN 31 1997__ Effective Date __DEC -1 1996__
(1996)

2.12-5-3: Page 1

Att 31
Pg 849

State __ALASKA__

| Citation | 2.12 <u>Procedures to Improve Program Effectiveness</u> |

§ 454(20) and 466(a)(5) of the Act; 45 CFR 302.70(a)(5) and 303.5

5-3   Paternity Establishment

[X] The State has procedures which create a rebuttable or, at the option of the State, conclusive presumption of paternity upon genetic testing results indicating a threshold probability that the alleged father is the father of the child.

   [X]  Rebuttable presumption

   [ ]  Conclusive presumption

[X] The State has procedures requiring a default order to be entered in a paternity case upon a showing of service of process on the defendant and any additional showing required by State law.

§ 466(a)(11) and 45 CFR 302.70(a)(11)

[X] The State has procedures under which a State must give full faith and credit to a determination of paternity made by any other State, whether established through voluntary acknowledgment or through administrative or judicial processes.

§466(d) and 45 CFR 302.70(d)

[ ] The Secretary has granted the State exemption(s) from paternity establishment in accordance with §302.70(d). The exemption(s) is/are from _____ to _____.

TN# __96-1__  Approval Date __JAN 31 1997__  Effective Date __DEC -1 1996__

2.12-5-3: Page 2

Att. 31
 3 989