DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Megan R. Webb
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5234
Fax: (907) 279-2834

Attorney for Eric Smith, D. Kevin Williams,
Rachel King, Richard Romero, and Ray Hollenbeck

| | |
|---|---|
| Leon Gene Clugston,<br>　　　　Plaintiff<br><br>v.<br><br>Eric Smith, individual capacity,<br>Kevin D. Williams, individual capacity,<br>Rachel King, individual capacity,<br>Richard Romero, individual capacity,<br>Ray A. Hollenbeck, individual capacity,<br>Crystal Dawn Langham, individual capacity,<br>　　　　Defendants. | *Notice of Entry of Appearance*<br><br>Case No. 3:06-CV-00140 (TMB) |

Please take notice that Megan R. Webb, Assistant Attorney General, Department of Law, Office of the Attorney General, 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501, telephone number (907) 269-5234, email megan_webb@law.state.ak.us hereby enters her appearance as counsel of record in the above-captioned matter on behalf of the defendants Eric Smith, Kevin D. Williams, Rachael King, Richard Romero, Ray A. Hollenbeck, and Crystal Dawn Langham.

DATED this 30th day of June 2006 at Anchorage, Alaska.

DAVID W. MÀRQUEZ
ATTORNEY GENERAL

By:
/s/ Megan R. Webb
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5234 (Phone)
(907) 279-2834 (Fax)
ope_ecf@law.state.ak.us
Alaska Bar No. 9811072

**CERTIFICATE OF SERVICE**

This is to certify that on June 30, 2006, a true and correct copy of the **NOTICE OF ENTRY OF APPEARANCE** in this proceeding was served by first class U.S. Mail on the following:

Leone Gene Clugston
4555 South Navigator Circle #7
Wasilla, Alaska  99654

Crystal Dawn Langham
PO Box 879468
Wasilla, Alaska  99687

/s/Megan R. Webb
Assistant Attorney General
Attorney for Eric Smith, D. Kevin Williams, Rachel King, Richard Romero, and Ray Hollenbeck