DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Megan R. Webb
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone:  (907) 269-5234
Fax:  (907) 279-2834

Attorney for Eric Smith, D. Kevin Williams,
Rachel King, Richard Romero, and Ray Hollenbeck

| | |
|---|---|
| Leon Gene Clugston,<br><br>Plaintiff<br><br>v.<br><br>Eric Smith, individual capacity,Kevin D. Williams, individual capacity, Rachel King, individual capacity, Richard Romero, individual capacity, Ray A. Hollenbeck, individual capacity, Crystal Dawn Langham, individual capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) *Defendants Eric Smith, D.*<br>) *Kevin Williams, Rachael*<br>) *King, Richard Romero, and*<br>) *Ray Hollenbeck's Motion*<br>) *to Dismiss Pursuant to*<br>) *F.R.C.P. 12(B)(1) and (6)*<br>)<br>) Case No. 3:06-CV-00140<br>) (TMB) |

Defendants Eric Smith, D. Kevin Williams, Rachel King, Richard Romero, and

Ray Hollenbeck respectfully request that this matter be dismissed for lack of subject-

matter jurisdiction and for failure to state a claim upon which relief may be granted.

*See* Fed. Rule of Civ. Proc. 12(b)(1) and (b)(6).

DATED:  June 30, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Megan R. Webb
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5234 (Phone)

(907) 279-2834 (Fax)
ope_ecf@law.state.ak.us
Alaska Bar No. 9811072

**CERTIFICATE OF SERVICE**

This is to certify that on June 30, 2006, a true
and correct copy of the **DEFENDANTS ERIC
SMITH, D. KEVIN WILLIAMS, RACHEL
KING, RICHARD ROMERO, AND RAY
HOLLENBECK'S  MOTION TO DISMISS
PURSUANT TO F.R.C.P. 12(b)(1) AND (6), and
the PROPOSED ORDER** in this proceeding was
served by first class U.S. Mail on the following:

Leone Gene Clugston
4555 South Navigator Circle #7
Wasilla, Alaska  99654

Crystal Dawn Langham
PO Box 879468
Wasilla, Alaska  99687

/s/Megan R. Webb
Assistant Attorney General
Attorney for Eric Smith, D. Kevin Williams,
Rachel King, Richard Romero, and Ray Hollenbeck

Motion to Dismiss                                                    Page 2 of 3
*Clugston v. Smith,*
3:06-CV-000140 (TMB)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25