DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Megan R. Webb
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5234
Fax: (907) 279-2834

Attorney for Eric Smith, D. Kevin Williams,
Rachel King, Richard Romero, and Ray Hollenbeck

| | |
|---|---|
| Leon Gene Clugston, <br>         Plaintiff <br><br> v. <br><br> Eric Smith, individual capacity, <br> Kevin D. Williams, individual capacity, <br> Rachel King, individual capacity, <br> Richard Romero, individual capacity, <br> Ray A. Hollenbeck, individual capacity, <br> Crystal Dawn Langham, individual capacity, <br>         Defendants. | *Proposed Order Granting Defendants Eric Smith, D. Kevin Williams, Rachael King, Richard Romero, and Ray Hollenbeck's Motion to Dismiss* <br><br> Case No. 3:06-CV-00140 (TMB) |

Having considered Defendants' Motion to Dismiss, all briefs, argument and law filed in support and opposition,

IT IS ORDERED that the Defendants' Motion to Dismiss is GRANTED in its entirety.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

                                                                                                    _____
                                                                                                    Honorable Timothy M. Burgess
                                                                                                    United States District Judge