DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Megan R. Webb
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5234
Fax: (907) 279-2834

Attorney for Eric Smith, D. Kevin Williams,
Rachel King, Richard Romero, and Ray Hollenbeck

| | |
|---|---|
| Leon Gene Clugston,<br>　　　　　Plaintiff<br><br>v.<br><br>Eric Smith, individual capacity,<br>Kevin D. Williams, individual capacity,<br>Rachel King, individual capacity,<br>Richard Romero, individual capacity,<br>Ray A. Hollenbeck, individual capacity,<br>Crystal Dawn Langham, individual capacity,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) *Errata*<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00140 (TMB) |

　　　　Please take notice that the defendants' Notice of Entry of Appearance that was filed electronically on June 30, 2006 should not have included defendant Crystal Dawn Langham as a party being represented by the undersigned.

　　　　DATED this 30th day of June 2006 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　DAVID W. MÀRQUEZ
　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　　　　/s/ Megan R. Webb
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Attorney General's Office

1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5234 (Phone)
(907) 279-2834 (Fax)
ope_ecf@law.state.ak.us
Alaska Bar No. 9811072

**CERTIFICATE OF SERVICE**

This is to certify that on June 30, 2006, a true and correct copy of the **ERRATA** in this proceeding was served by first class U.S. Mail on the following:

Leone Gene Clugston
4555 South Navigator Circle #7
Wasilla, Alaska 99654

Crystal Dawn Langham
PO Box 879468
Wasilla, Alaska 99687


/s/Megan R. Webb
Assistant Attorney General
Attorney for Eric Smith, D. Kevin Williams, Rachel King, Richard Romero, and Ray Hollenbeck