UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

**RECEIVED**

**JUL 0 6 2006**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Leon Gene Clugston,

    Plaintiff,

V.

Eric Smith, Kevin D. Williams,
Rachel King, Richard Romero,
Ray A. Hollenbeck, Crystal D. Langham,
Each in their Individual Capacities,

    Defendants.

**ANSWER TO COMPLAINT
AND
MOTION FOR DISMISSAL**

Case No.  3:06-CV-00140 TMB

COMES NOW, CRYSTAL D. LANGHAM (Pro-Se), Co-Defendant herein in answer to the Plaintiff's Complaint, Injunction, & Writ of Quo Warranto, and respectfully states as follows:

1. As to the Plaintiff's Cause's of Action numbered one through one-hundred eight six (1 thru 186), Defendant herein DENIES each independently and severally.

2. Defendant herein submits that the Plaintiff's Complaint, Injunction, & Writ of Quo Warranto is frivolous in nature, an attempt to re-embrace the substantive issues previously ruled upon by the Alaska State Supreme Court (Case # S-11736), and merely an attempt to circumvent the Memorandum Opinion, Order & Judgment of the Alaska

State Supreme Court (opinion #1224, Case # S-11736, issued 10/19/05) and the Amended Order of Modification of Child Support issued by the Alaska Superior Court, Third Judicial District at Palmer, (Case # 3PA-03-01454CI) dated 3/14/06.

3. Defendant herein further submits that the Plaintiff had ample opportunity to follow "established appellate procedures" if he disagreed with the Alaska Supreme Court's Opinion in the matter(s), yet failed to do so in the time & manner so established by law, and that the instant Complaint, injunction, & Writ of Quo Warranto is another attempt to circumvent properly established forum(s) to redress the Opinion & Judgment of the States' highest Court.

BASED ON THE FOREGOING, the Defendant herein respectfully requests that the Court dismiss the herein Complaint, Injunction, & Writ of Quo Warranto of the Plaintiff.

DATED this 5 day of July 2006, at Wasilla, Alaska.

CRYSTAL D. LANGHAM, Co-Defendant (Pro-Se)
P. O. Box 879468
Wasilla, AK 99687
(907) 373-1046