UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

RECEIVED
JUL 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Leon Gene Clugston,

    Plaintiff,

V.                                      **AFFIDAVIT OF MAILING**

Eric Smith, Kevin D. Williams,
Rachel King, Richard Romero,
Ray A. Hollenbeck, Crystal D. Langham,
Each in their Individual Capacities,

    Defendants.

Case No. 3:06-CV-00140 TMB

    CRYSTAL D. LANGHAM, Co-Defendant (Pro-Se), upon oath, deposes and states that I am one of the Defendants named in the above-captioned matter. Further, that on the date reflected hereon, I deposited in the US Postal Service @ Wasilla, Alaska, postage pre-paid, the original of my "ANSWER TO COMPLAINT AND MOTION FOR DISMISSAL" to the Court Clerk denoted under #1 hereon, and further, that I deposited in the US Postal Service @ Wasilla, Alaska, postage pre-paid, true copies of the same to those interested parties # 2 thru #7 denoted hereon.

#1    Clerk of the Court, US District Court, District of Alaska
       222 W. 7th Ave., Anchorage, AK 99513

#2    Leon Gene Clugston, Plaintiff
       4555 S. Navigator Circle, #7, Wasilla, AK 99654

Crystal Langham, US District Court–Affidavit of Mailing (page 1 of 2)

#3   Eric Smith, Superior Court Judge
     C/O Palmer Courthouse
     435 S. Denali St., Palmer, AK 99645

#4   Kevin D. Williams, Assistant Attorney General
     Department of Law, Office of the Attorney General
     1031 W. 4th Ave., suite #200, Anchorage, AK 99501

#5   Ray A. Hollenbeck, Child Support Specialist
     C/O CSSD
     550 W. 7th Ave., suite #310, Anchorage, AK 99501-6699

#6   Rachel King, Child Support Specialist
     C/O CSSD
     550 W. 7th Ave., suite # 310, Anchorage, AK 99501-6699

#7   Richard Romero, Child Support Manager
     C/O CSSD  Mail Stop—01
     550 W. 7th Ave., suite #310, Anchorage, AK 99501-6699


DATED this 5 day of July 2006, at Wasilla, Alaska.


_____
CRYSTAL D. LANGHAM, C6-Defendant (Pro-Se)
P. O. Box 879468
Wasilla, AK 99687
(907) 373-1046