IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEON GENE CLUGSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC SMITH, et al.,<br><br>    Defendants. | Case No. 3:06-cv-00140-TMB<br><br><br>O R D E R |

Leon Gene Clugston, representing himself, has filed civil complaint,[1] paid the filing fee in this case, and summonses have been issued.

IT IS HEREBY ORDERED:

1.  Mr. Clugston must follow the Federal Rules of Civil Procedure[2] and the Local Rules for the District of Alaska in serving defendants.

---

[1] *See* Docket No. 1.

[2] *See, e.g.,* FED. R. CIV. P. 4(c). (service "by any person who is not a party and who is at least 18 years of age"); 4(d) (waiver of service by a defendant); and 4(h) (service on agent of corporation).

2. After service of the initial summons and complaint, all future papers to be filed with the Court must be identified with the name of the Court, Case No. 3:06-cv-00140-TMB, the names of the plaintiff and the first defendant, and the title of the document, as illustrated on the first page of this Order.

3. After service of the initial complaint and summons, Mr. Clugston shall serve a copy of all <u>future</u> pleadings or documents he sends to the Court upon the defendants or, if an appearance has been entered by counsel for defendants, on defendants' attorney(s). Mr. Clugston shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed, faxed or hand-delivered to the defendants or their counsel. A certificate of service may be written in the following form at the end of his document:

> I hereby certify that a copy of the above <u>(name of document)</u> was served upon <u>(name of opposing party or counsel)</u> by <u>(mail/fax/hand-delivery)</u> at <u>(address)</u> on <u>(date)</u>.
>
> _____
> (Mr. Clugston's Signature)

Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded by the Court.

4. Mr. Clugston shall provide the Court with the original, plus one complete and legible copy, of every paper he submits for filing, as required by this Court's Local Rule 10.1(b).

5.  No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action. Mr. Clugston should not write letters to the Court, but must file any requests for action by the Court during these proceedings in the form of a motion.

6.  The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Mr. Clugston with this Order.

7.  At all times, Mr. Clugston shall keep the Court informed of any change of address, by filing a notice titled "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information about the change of address, and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

8.  The Clerk of Court is directed to send a copy of our *pro se* handbook, "Representing Yourself in Alaska's Federal Court," to Mr. Clugston with this Order.

DATED this 7th day of July, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge