RECEIVED

JUL 0 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# ALASKA STATUTES

Selected Temporary and Special Acts Not Included in the 1962 Edition of the Alaska Statutes and the Annual Supplements

COVERS THE YEARS
1959 THROUGH 1965

# SLA 1959

## CHAPTER 64

AN ACT TO ORGANIZE THE EXECUTIVE AND ADMINISTRATIVE OFFICES, DEPARTMENTS AND AGENCIES OF THE STATE GOVERNMENT; ABOLISHING, CONSOLIDATING, AND CREATING CERTAIN DEPARTMENTS, OFFICES, BOARDS AND AGENCIES; DEFINING THEIR POWERS AND DUTIES; PROVIDING FOR RELATED MATTERS OF PROCEDURE, INTERPRETATION AND CONSTRUCTION OF THE ACT; AND PROVIDING FOR AN EFFECTIVE DATE.

(H.B. 114)

*Be it enacted by the Legislature of the State of Alaska:*

Section 1. **Short Title.** This Act shall be known and referred to as the State Organization Act of 1959.

Sec. 2. **Departments and Offices Specified.** All the administrative powers and duties heretofore vested by law in the several territorial and state offices, departments, boards, commissions, bureaus, and other agencies shall be vested in the following principal departments and offices which are hereby created and established as follows:

1. Office of the Governor
2. Department of Administration
3. Department of Law
4. Department of Revenue
5. Department of Education
6. Department of Health and Welfare
7. Department of Labor
8. Department of Commerce
9. Department of Military Affairs
10. Department of Natural Resources
11. Department of Fish and Game
12. Department of Public Safety
13. Department of Public Works

Sec. 3. **Powers and Duties of Heads of Departments.** All the powers and duties conferred by law and required to be performed by the several officers, departments, boards, commissions, bureaus, and other administrative agencies at the time of the passage of this Act shall hereafter be exercised, performed, and administered by the heads of the several departments herein specified.

Except as otherwise provided by this Act, the head of any state department may assign the functions vested in his department to such subordinate officers and employees as may to him seem desirable and, with the approval of the Governor, may establish

1

within the department such divisions or other administrative or organization units as may seem in the interests of economy and efficiency and in accord with sound administrative principles and practices.

The head of each department is empowered to prescribe regulations, not inconsistent with law or the rules established by the Governor, for the administration of his department; the conduct of its employees; the distribution and performance of its business; and the custody, use, and preservation of the records, documents, and property pertaining thereto.

Sec. 4. **Selection, Qualifications, Compensation and Terms of Office of Executive Department Heads.** The head of every principal executive department shall be appointed by the Governor subject to confirmation by a majority of the members of the Legislature in joint session, shall serve at the pleasure of the Governor notwithstanding their respective terms, and shall receive such compensation as may be fixed by law.

Sec. 5. **Department Staffs.** The heads of departments, except as otherwise provided by this Act, may establish such subordinate positions as may be necessary and make appointments thereto and removals therefrom, within the limitations of the appropriations provided and subject to the provisions of state personnel laws. All appointees to such positions shall be under the supervision, direction, and control of the heads of the respective departments and shall perform such duties as department heads may prescribe.

Sec. 6. **Appointment, Qualifications, Compensation, and Terms of Office of Members of Departmental Boards, Councils or Commissions.** The term "board" wherever stated in this Act shall include councils and commissions and said terms are hereby declared to be used interchangeably insofar as substantive provisions are concerned.

The members of each appointive board established by this Act shall be citizens of the United States appointed by the Governor, subject to confirmation by a majority of the members of the Legislature in joint session, on the basis of their interest in public affairs, their good judgment, their knowledge and ability in the field of action of the department for which appointed, and with a view to providing diversity of interest and points of view in the membership. Initial appointments of board members shall be, in the case of three-member boards, for one, two, and three years respectively; in the case of five-member boards, for one, two, three, four, and five years respectively; in the case of six-member boards, two members shall serve for one year, two for two years, and two for three years respectively; and in the case of eight-member

boards, two members shall serve for one year, two for two years, two for three years, and two for four years respectively. Initial terms shall date from the first of February immediately preceding appointment. Thereafter, terms of board members shall be as hereinafter provided. Vacancies occurring during a term of office shall be filled in the same manner as the original appointment is made and for the balance of the unexpired term. Board members shall hold office at the pleasure of the Governor notwithstanding their respective terms. Members of boards may be compensated for their services at per diem rates to be determined by the Governor and may be reimbursed for actual and necessary expense incurred in connection with and as a result of their work as members of boards.

Sec. 7. **Office of the Governor.** The Office of the Governor shall include the Secretary of State, the Budget Officer, and such staff as the Governor finds necessary to administer properly the executive powers of the State. The Secretary of State is hereby vested with the duties, powers, and responsibilities involved in administering state election laws, appointing all notaries public, and serving as custodian of the State Seal. The functions and authority heretofore performed and exercised by the Canvassing Board are hereby transferred to the Office of the Secretary of State.

There is hereby created an agency within the Governor's Office to be known as the Local Affairs Agency to be administered by a Director of Local Affairs. The Director will be appointed by and serve at the pleasure of the Governor. This agency is hereby vested with the duties, powers, and responsibilities involved in the administration of a state program to provide assistance to local communities, including but not limited to assistance in fiscal problems, incorporation and organization problems, legal matters, engineering, purchasing, planning, and the recruitment of technical and specialized personnel. The agency shall provide staff services for the Local Boundary Commission. The functions and authority heretofore performed and exercised by the Alaska Rural Development Board are hereby transferred to the Local Affairs Agency.

There is hereby further created within the Local Affairs Agency a Local Boundary Commission consisting of five members for overlapping five-year terms, one to be appointed from each of the four major Senatorial election districts and one from the State at large who will serve as chairman. The Local Boundary Commission is hereby vested with the duties, powers, and responsibilities involved in making studies of local government boundary problems, developing proposed standards and procedures for changing local boundary lines, holding hearings on proposed boundary changes, and in presenting its recommendations to the Legislature.

The Office of the Governor is hereby vested with duties, powers,

and responsibilities involved in administration of the Alaska Pioneers' Home. The functions and authority heretofore performed and exercised by the Board of Trustees of the Alaska Pioneers' Home, and the Superintendent of the Alaska Pioneers' Home are hereby transferred to the Office of the Governor.

Sec. 8. **Department of Administration.** There shall be a principal executive officer of the Department of Administration to be known as the Commissioner of Administration.

The Department of Administration is hereby vested with the duties, powers, and responsibilities involved in the preparation and execution of the executive budget, including a system of periodic allotments for the regulation of expenditures and making of surveys and studies for the purpose of improving administrative procedures, methods, and organization; in the keeping of general accounts, in the approval of vouchers and disbursement of funds for all purposes; in the operation of centralized purchasing and supply services, including the operation of such storerooms and warehouses as may be necessary; the allotment of space in the state buildings to the various departments according to their needs and the space available; the supervision of telephone, mailing, messenger, duplicating, and other like services adaptable to centralized management; in the administration of a public employees' retirement system and a teachers' retirement system; and in the administration of a statewide personnel program, including such central personnel services as recruitment, examination, position classification, and pay administration.

The functions and authority heretofore performed and exercised by the Department of Finance; the Director of Finance; the Controller; the Treasurer (except those relating to the receipt, custody, investment and management of all state funds and the bounty program); the Board of Review; the Board of Examiners; the Finance Committee; the Military Department with respect to the Alaska Surplus Property Service; the Teachers' Retirement Board; and the Department of Public Welfare with respect to the distribution of surplus property are hereby transferred to the Department of Administration.

Sec. 9. **Department of Law.** There shall be a principal executive officer of the Department of Law to be known as the Attorney General.

The Department of Law is hereby vested with the duties, powers, and responsibilities involved in the administration of state legal services, including the furnishing of written legal opinions to the Governor, to the Legislature, and to all state officers and departments as the Governor may direct; the representation of the State in all civil actions in which the State is a party; the drafting of

legal instruments for the State and the prosecution in court of all cases involving violations of state law, provided however, the Department of Law shall undertake no prosecution of criminal actions until such time as the state judiciary has assumed jurisdiction over cases involving violations of state law. All functions and authority heretofore performed and exercised by the Attorney General and the Board of Commissioners for the Promotion of Uniform Legislation in the United States are hereby transferred to the Department of Law.

Sec. 10. **Department of Revenue.** There shall be a principal executive officer of the Department of Revenue to be known as the Commissioner of Revenue.

The Department of Revenue is hereby vested with the duties, powers, and responsibilities involved in the enforcement of all tax laws of the State, in the collection, accounting for, custody, investment, and management of all state funds and all revenues of the State except where such revenues are incidental to a program of licensing and regulation carried on by another state department. The Department shall register corporations, collect corporation franchise taxes, and register log and cattle brands; and it shall supply necessary clerical and administrative services for the Alcoholic Beverage Control Board. The functions and authority heretofore performed and exercised by the Department of Taxation, the Commissioner of Taxation; the Department of Finance, the Director of Finance, and the Treasurer, with respect to receipt, custody, investment and management of state funds; registering corporations, collecting the corporation franchise taxes, and registering cattle brands; and by the Department of Labor for registering log brands; and by the Bureau of Vital Statistics of the Department of Health with respect to issuance of and collection of fees for embalmers' licenses are hereby transferred to the Department of Revenue.

There is hereby established an Alcoholic Beverage Control Board in the Department of Revenue consisting of three members appointed for overlapping three-year terms; and the Board is hereby vested with the duties, powers, and responsibilities involved in the control of alcoholic beverages, including the promulgation of rules and regulations and the hearing of appeals from the action of officers and employees charged with enforcing the alcoholic beverage control laws, rules, and regulations. The functions and authority heretofore performed and exercised by the Board of Liquor Control are hereby transferred to the Alcoholic Beverage Control Board.

Sec. 11. **Department of Education.** There shall be a principal

5

executive officer of the Department of Education to be known as the Commissioner of Education.

The Department of Education is hereby vested with the duties, powers, and responsibilities involved in the administration of the State's program of education at the elementary and secondary levels, including programs of vocational education, vocational rehabilitation, library services, and correspondence courses; the administration of the Historical Library and Museum; and the planning, financing, and operation of all related school and educational activities and facilities except that nothing in this Act shall be construed to extend or enlarge the State's functions with respect to independent school systems now established by law.

The functions and authority heretofore performed and exercised by the Department of Education, the Board of Education, the Commissioner of Education; the Historical Library and Museum Commission; the Department of Library Service, the Board of Library Service; the Textbook Commission; the Board of Vocational Rehabilitation; and the Board of Vocational Education are hereby transferred to the Department of Education.

There is hereby created within the Department of Education a Board of Education consisting of six members, appointed for overlapping three-year terms. The principal executive officer shall not be a member of the Board but shall be ex officio secretary and have the right to cast tie-breaking votes only. The Board members shall be appointed by the Governor without regard to political affiliation, subject to confirmation by a majority of the members of the Legislature in joint session. In the appointment of Board members, the Governor shall give consideration to recommendations made by recognized educational associations in the State.

The Governor shall appoint the Commissioner of Education from a list of qualified persons nominated by the Board of Education, subject to the right of the Governor to request additional nominations. The appointment shall be subject to confirmation by a majority of the members of the Legislature in joint session. The Commissioner of Education shall serve for a term of 5 years. In the event of a vacancy in the office of Commissioner of Education a successor shall be appointed, in the manner provided for the regular appointment, to fill the unexpired term.

The Board may submit a resolution to the Governor requesting the removal of the Commissioner. The resolution shall set forth the grounds for the request and the Governor shall afford the Commissioner and the Board an opportunity to be heard.

The Board of Education must confirm programming actions of the Commissioner of Education, except as hereinafter provided, but shall not have administrative, budgeting, or fiscal powers; and

such administrative, budgeting, and fiscal power shall reside in the Commissioner of Education.

All rules and regulations shall originate with the Commissioner of Education, but shall not become effective until approved by a majority of the Board of Education. In the event the Board of Education fails to approve such rules or regulations, public hearings shall be held concerning the issues in question. If, subsequent to public hearings, the Board and the Commissioner continue to disagree, the issue shall be certified in writing by the Board and the Commissioner to the Governor who shall make a decision thereon, which decision shall be final.

Any provision of this Act to the contrary notwithstanding, the Board is hereby vested with the duties, powers, and responsibilities involved in reviewing, adopting, approving, and administering the plans for vocational education and vocational rehabilitation to be submitted to Federal authorities for the purpose of securing Federal aid.

Sec. 12. **Department of Health and Welfare.** There shall be a principal executive officer of the Department of Health and Welfare to be known as the Commissioner of Health and Welfare.

The Department of Health and Welfare is hereby vested with the duties, powers, and responsibilities involved in the administration of the state programs of public health and welfare, including, but not limited to, maternal and child health services; preventive medical services; public health nursing services; sanitation and engineering services; nutrition services; health education; laboratories; mental health treatment and diagnosis; management of state institutions; medical facilities; old age assistance; aid to dependent children; aid to the blind; child welfare services; general relief; licensing and supervision of child care facilities; and probation and parole supervision. The functions and authority heretofore performed and exercised by the Department of Health, the Board of Health, the Commissioner of Health; the Department of Public Welfare; the Board of Public Welfare, the Commissioner of Public Welfare; the Department of Juvenile Institutions; the Advisory Hospital Council; and the Water Pollution Control Board, are hereby transferred to the Department of Health and Welfare.

There is hereby created a Hospital Advisory Council consisting of five members appointed for overlapping five-year terms to advise and consult with the Commissioner of Health and Welfare with respect to programs for the construction of hospitals and medical facilities and the development of rules, regulations, and standards for the operation of hospitals. The Council shall have such additional necessary authority and powers relative to the foregoing as may be necessary for the purpose of securing Federal aid.

Sec. 13. **Department of Labor.** There shall be a principal executive officer of the Department of Labor to be known as the Commissioner of Labor.

The Department of Labor is hereby vested with the duties, powers, and responsibilities involved in the enforcement of laws, and in the promulgation of rules and regulations under such laws, concerned with employer-employee relationships, including the safety, hours of work, wages, and conditions of workers, including women and children; the accumulation, analysis, and reporting of labor statistics; and the operation of systems of workmen's compensation and unemployment insurance. The functions and authority heretofore performed and exercised by the Employment Security Commission, the Director of Employment Security, the Alaska Territorial Employment Service, the Territorial Advisory Council, the Alaska Safety Council and Executive Board and the Safety Director; the Department of Labor, the Commissioner of Labor, the Alaska Industrial Board; and the Board for the Care of Sick and Disabled Fishermen are hereby transferred to the Department of Labor.

There is hereby created within the Department of Labor an Employment Security Advisory Council consisting of five members appointed by the Governor for overlapping five-year terms, two members to represent employers, two to represent employees, and one to represent the general public.

Sec. 14. **Department of Commerce.** There shall be a principal executive officer of the Department of Commerce to be known as the Commissioner of Commerce.

The Department of Commerce is hereby vested with the duties, powers and responsibilities involved in the administration of the state programs relating to commerce and in the enforcement of laws relating thereto, including the promulgation of rules and regulations under such laws; the accumulation, analysis, and reporting of commercial and industrial statistics; and the enforcement of state laws regulating public utilities and other public service enterprises, banking and securities, insurance, and other businesses and enterprises touched with a public interest. The Department is also hereby vested with the duties, powers and responsibilities involved in making veterans' loans; the inspection of weights and measures; the promotion and development of civil aviation; and the furnishing of the budgeting, clerical and administrative services for regulatory agencies and professional and occupational licensing boards not otherwise provided for in this Act. The functions and authority heretofore performed and exercised by the Alaska World War II Veterans' Board, the Commissioner of Veterans' Affairs, and the Veterans' Service Council;

the Alaska Housing Authority; the Weights and Measures Division of the Department of Territorial Police, the Inspector of Weights and Measures; the Alaska Insurance Commission and the Commissioner of Insurance; the Territorial Banking Board; the Alaska Real Estate Commission; and the Board of Administration with respect to industrial tax incentives are hereby transferred to the Department of Commerce.

There is hereby created within the Department of Commerce an Alaska State Housing Authority consisting of three members appointed for overlapping three-year terms; and the corporate status heretofore vested in the Alaska Housing Authority together with all its rights, duties, powers, functions, assets, liabilities, debts and claims is hereby transferred to the Alaska State Housing Authority.

Sec. 15. **Department of Military Affairs.** There shall be a principal executive officer of the Department of Military Affairs to be known as the Adjutant General.

The Department of Military Affairs is hereby vested with the duties, powers, and responsibilities involved in the conduct of military affairs of the State as prescribed by the Military Code of Alaska. The functions and authority heretofore performed and exercised by the Military Department and the Adjutant General, except those relating to the Alaska Surplus Property Service, are hereby transferred to the Department of Military Affairs.

Sec. 16. **Department of Natural Resources.** There shall be a principal executive officer to be known as the Commissioner of Natural Resources.

The Department of Natural Resources is hereby vested with the duties, powers, and responsibilities involved in the administration of the entire state program for the conservation and development of the State's natural resources including tourism, forests, parks and recreational areas, lands, waters, agriculture, soil conservation and minerals including petroleum and natural gas; but excluding commercial fisheries, sport fish, game, and fur-bearing animals in their natural state. The functions and authority heretofore performed and exercised by the Department of Lands, the Land Board, and the Director of Lands; by the Department of Mines, the Commissioner of Mines, the Coal Miners' Examining Board, and the Oil and Gas Conservation Commission; and by the Alaska Resource Development Board and its Executive Director; the Soil Conservation Board, by the Department of Agriculture, and by the Commissioner of Agriculture, except those relating to public health, are hereby transferred to the Department of Natural Resources.

9

Ch. 64        TEMPORARY AND SPECIAL ACTS, 1959        Ch. 64

Sec. 17. **Department of Fish and Game.** There shall be a principal executive officer of the Department of Fish and Game to be known as the Commissioner of Fish and Game.

The Department of Fish and Game is hereby vested with the duties, powers, and responsibilities involved in the administration of the entire state program for the conservation and development of the State's commercial fisheries, sport fish, birds, game and fur-bearing animals. The functions and authority heretofore performed and exercised by the Alaska Department of Fish and Game, the Alaska Fish and Game Commission, the Director of the Alaska Department of Fish and Game, the Fisheries Experimental Commission, and the Treasurer with respect to bounty programs are hereby transferred to the Department of Fish and Game.

There is hereby created a Board of Fish and Game consisting of eight members, appointed for overlapping four-year terms. The principal executive officer shall not be a member of the Board but shall be ex-officio secretary and have the right to cast tie-breaking votes only. The Board members shall be appointed by the Governor and confirmed by the Legislature without regard to political affiliation.

The Governor shall appoint the Commissioner of Fish and Game from a list of qualified persons nominated by the Board of Fish and Game, subject to the right of the Governor to request additional nominations. The appointment shall be subject to confirmation by a majority of the members of the Legislature in joint session. The Commissioner of Fish and Game shall serve for a term of 5 years. In the event of a vacancy in the office of Commissioner of Fish and Game a successor shall be appointed, in the manner provided for the regular appointment, to fill the unexpired term.

The Board may submit a resolution to the Governor requesting the removal of the Commissioner. The resolution shall set forth the grounds for the request and the Governor shall afford the Commissioner and the Board an opportunity to be heard.

The Board of Fish and Game shall have rule-making powers, as hereinafter provided, but shall not have administrative, budgeting, or fiscal powers and such administrative, budgeting and fiscal power shall reside in the Commissioner of Fish and Game. The Board may meet at any time on the call of the Commissioner or at request of any two of the members.

The Board of Fish and Game shall have the authority to make such rules and regulations as it deems advisable for (1) the setting apart of fish and game reserve areas, refuges and sanctuaries in any of the waters or on any of the lands of Alaska over which it has jurisdiction, subject to approval by the Legislature; (2) establishing open and closed seasons and areas for fish and game; (3) establishing the means and methods employed in the pursuit,

capture, and transport of fish and game; and (4) setting quotas and bag limits on the taking of fish and game. In the event of a conflict between the Board and the Commissioner on proposed rules and regulations, public hearings shall be held concerning the issues in question. If, subsequent to the public hearings, the Board and the Commissioner continue to disagree, the issue shall be certified in writing by the Board and the Commissioner to the Governor who shall make a decision, which decision shall be final.

The Board shall authorize the Commissioner to promulgate during such times as the Board is not in session, emergency rules or regulations as may be necessary and within the scope of authority of the Board.

Sec. 18. **Department of Public Safety.** There shall be a principal executive officer of the Department of Public Safety to be known as the Commissioner of Public Safety.

The State Department of Public Safety is hereby vested with the duties, powers, and responsibilities involved in administering functions relative to the protection of life and property. The functions and authority heretofore performed and exercised by the Department of Territorial Police, except those having to do with weights and measures inspection; by the Police Commission; by the Superintendent of Police; by the Fire Marshal; and by the Department of Civil Defense are hereby transferred to the Department of Public Safety.

Sec. 19. **Department of Public Works.** There shall be a principal executive officer of the Department of Public Works to be known as the Commissioner of Public Works.

The Department of Public Works is hereby vested with the duties, powers, and responsibilities involved in the construction, maintenance, and operation of all state highways, ferries, roads, bridges, traffic signs and signals, airports, docks, floats, breakwaters, buildings and other like facilities; and in the supervision and maintenance of all state equipment, including aircraft, vessels, and automotive and mechanical equipment. The functions and authority heretofore performed and exercised by the Alaska Highway and Public Works Department, the Alaska Highway and Public Works Board, and the Alaska Highway and Public Works Commissioner; by the Department of Aviation, the Aeronautics and Communications Commission, the Director of Aeronautics, and the Supervisor of Communications with respect to the construction, maintenance, and operation of airports and the installation, maintenance, and operation of communications equipment; by the Department of Finance relating to the management, care, and custody of buildings; and by the Board of Education relating to the construction and

maintenance of school buildings are hereby transferred to the Department of Public Works.

Sec. 20. **Interim Boards.** The Governor shall have the authority to establish such interim advisory boards as he may deem necessary, prescribe their functions, authority, and compensation; provided, however, no interim board shall remain in existence for a term extending beyond the next regular or reconvened session of the Legislature.

Sec. 21. **Transfer of Functions.** Any department to which the functions, powers, and duties of a previously existing department or other agency are by this Act assigned and transferred shall, for the purpose of succession to all rights, powers, duties, and obligations of the former department or agency, be deemed and held to constitute a continuation of the former department or agency, with the same force and effect as if the functions, powers, and duties had not been assigned or transferred. Whenever any such former agency is referred to by law, contract, or document, such reference shall be deemed to apply to the department in which the functions of such agency are vested by the terms of this Act.

Sec. 22. **Transfer of Records and Equipment.** Upon the transfer of functions as provided by this Act, all contracts, books, papers, maps, plans, documents, property, and pending business theretofore made, used, acquired, or conducted by any previously existing agency in the exercise of the functions transferred shall be transferred to the department succeeding to such functions.

Sec. 23. **Transfer of Officers and Employees.** All officers and employees whose functions are transferred by this Act from an existing department or agency to a different department created or continued by the terms of this Act shall be transferred with their functions to the department in which their functions, or a major part thereof, are hereby vested, and shall so far as practicable continue to perform their usual duties, subject to the provisions of state personnel laws. The head of each department, in the interest of improved departmental management and subject to the provisions of the state personnel laws and the approval of the Commissioner of Administration, shall have the power to abolish unnecessary offices and positions, to transfer officers and employees between positions, and to change the duties, titles, and compensation of existing offices and positions.

Sec. 24. **Prosecutions and Civil Actions.** No offense committed and no penalty or forfeiture incurred under any of the acts hereby repealed, before the time when this Act shall take effect, shall be affected by the Act except that whenever any punishment, penalty, or forfeiture shall be mitigated by the provisions of this Act, such

provision may be extended and applied to any judgment to be pronounced after the passage of this Act. No suit or prosecution pending at the time this Act takes effect shall be affected by this Act except that proceedings in such cases shall be made to conform as necessary to the provisions of this Act. The right of administrative officers to institute proceedings for prosecution for an offense or an action to recover a penalty or forfeiture, as now or hereafter provided by law for any agency or officer, shall henceforth be vested in the head of the department or some person designated by him or as may be directed by law.

Sec. 25. **Oaths of Office.** Department heads and members of boards provided for in this Act shall, before entering upon the duties of their respective offices, take, subscribe to, and file an oath of office as is required by the Constitution.

Sec. 26. **Surety Bonds.** Heads of departments and subordinate officials shall furnish corporate surety bonds in such instances and in such amounts as required by law or otherwise determined by the Governor upon recommendation of the Commissioner of Administration. Such bonds shall be paid for by the State and shall be in such form as the Attorney General shall approve.

Sec. 27. **Agencies and Offices Abolished.** The agencies and offices hereinafter named are hereby abolished.

The Department of Finance, the Director of Finance, the Budget Officer, and the Controller; the Treasurer; the Board of Administration; the Board of Review; the Finance Committee of Alaska; the Board of Examiners; the Attorney General; the Board of Commissioners for the Promotion of Uniform Legislation; the Canvassing Board; the Department of Taxation and the Commissioner of Taxation; the Board of Liquor Control; the Department of Education, the Board of Education, the Board of Vocational Rehabilitation, the Board of Vocational Education, the Teachers' Retirement Board, the Commissioner of Education, and the Textbook Commission; the Alaska Office of Vocational Rehabilitation and the Director; the Alaska Office of Vocational Education; the Historical Library and Museum Commission and the Librarian and Curator; the Department of Library Service, the Board of Library Service, and the Librarian; the Department of Public Welfare, the Board of Public Welfare, and the Commissioner of Public Welfare; the Board of Trustees of Alaska Pioneers' Home and the Superintendent of the Pioneers' Home; the Board for the Care of Sick and Disabled Fishermen; the Alaska Department of Health, the Board of Health, and the Commissioner of Health; the Water Pollution Control Board; the Hospital Advisory Council; the Board of Juvenile Institutions; the Employment Security Commission, the Employment Security Director, the Alaska Territorial Em-

Ch. 64          TEMPORARY AND SPECIAL ACTS, 1959          Ch. 64

ployment Service, and the Territorial Advisory Council; the Alaska Industrial Board; the Department of Labor and the Commissioner of Labor; the Veterans' Service Council, the Alaska World War II Veterans' Board and the Commissioner of Veterans' Affairs; the Agricultural Loan Board; the Territorial Banking Board; the Alaska Insurance Commission and the Commissioner of Insurance; the Anti-Monopoly Board; the Alaska Bus Transportation Commission; the Alaska Safety Council and Executive Board, and the Safety Director; the Alaska Rural Development Board; the Alaska Real Estate Commission; the Alaska Housing Authority and the Commissioners of the Authority; the Military Department, the Adjutant General, and the Alaska Surplus Property Service; the Department of Agriculture and the Commissioner of Agriculture; the Conservation Advisory Committee; the Alaska Soil Conservation Board; the Department of Mines and the Commissioner of Mines; the Alaska Ingot Examining Board; the Alaska Fish and Game Department, the Alaska Fish and Game Commission, and the Director of Fish and Game; the Fisheries Experimental Commission; the Alaska Resource Development Board and its Executive Director; the Alaska Oil and Gas Conservation Commission; the Department of Lands, the Alaska Land Board, and the Director of the Department of Lands; the Department of Territorial Police, the Police Commissioner, the Superintendent of Police, the Fire Marshal, and the Inspector of Weights and Measures; the Coal Miners' Examining Board; the Department of Civil Defense, the Civil Defense Council, the Director of Civil Defense, and the Deputy Director of Civil Defense; the Alaska Highway and Public Works Department, the Alaska Highway and Public Works Board, and the Alaska Public Works Commissioner; and the Aeronautics and Communications Commission, the Director of Aeronautics, and the Supervisor of Communications.

Sec. 28. **Appeals.** The right of appeal to a court of competent jurisdiction as provided by law shall not be abridged or impaired by the passage of this Act or by any ruling, decision, or order made by any officer or agency.

Sec. 29. **Construction.** This Act shall be liberally construed in aid of its declared purpose, which is the organization of the departments, offices, and other administrative agencies of the State to provide a unified, integrated, and comprehensive plan of organization for the exercise of all executive and administrative functions of the State. The omission in this Act of any citation of any law which makes it mandatory upon or permissive for any department, division, or other agency to perform functions which by this Act are assigned or transferred and placed in the hands of any other department shall not suspend or annul the right of such

department created by this Act to carry out such functions where the obvious intent was for such department to do so. Any administrative functions established by law that may not be specifically enumerated in this Act shall be assigned by the Governor to that department which, in accordance with the purpose of this Act, can most appropriately and effectively perform such activity.

Sec. 30. **Repeal of Conflicting Laws.** All laws and parts of laws in conflict herewith are repealed to the extent of such conflict.

Sec. 31. **Subsequent Legislation.** The provisions of this Act shall not be superseded or modified by any subsequent legislation, except to the extent that such legislation shall do so expressly.

Sec. 32. **Separability.** The fact that any section, subsection, sentence, clause, or phrase of this Act is declared invalid for any reason shall not affect the remaining portion of this Act.

Sec. 33. **Effective Date of Act.** This Act shall take effect upon its passage and approval or upon becoming law without such approval, but in order that there be no interruption of the administrative business of the State, the Governor may, for a period not to exceed 6 months, postpone the actual transfer of all or a portion of the functions from existing departments and agencies to other departments and agencies until such time as the organization herein provided can be put into full force and effect. Except as otherwise provided, all officers and heads of existing departments, their subordinates and employees, whose functions and duties are preserved by this Act, shall continue to perform the same from the time this Act takes effect in like manner as though they had been appointed or employed after the passage of this Act until successors to said functions and duties are appointed and qualified.

Approved April 3, 1959