The United States of America

The United States

District of Alaska

RECEI

JUL 0 7

CLERK, U.S. DISTR.
ANCHORAGE, A

District Court of the United States

Leon Gene Clugston

Plaintiff

*Versus.*

Eric Smith, individual capacity (personal capacity); and
Kevin D. Williams, individually (personal capacity); and,
Rachel King, individually (personal capacity); and,
Richard Romero, individually (personal capacity); and,
Ray A. Hollenbeck, individually (personal capacity); and,
Crystal Dawn Langham, individually (personal capacity); and,
John Does 1-20

Defendants

**ORDER**
**Case 3:06-cv-140 TMB**

It is hereby ORDERED that David W. Marquez and Megan R. Webb provide proof by affidavit of their authority as mandated by ©AS 22.20.060 and ©AS22.20.070, their contracts with the defendants, and authority to represent the defendants under the conditions allegeded.

Other _____

_____

_____
Judge