AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Alaska

**RECEIVED**
JUL 0 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Leon Gene Clugston

V.

Eric Smith, Individual Capacity
Kevin D. Williams, Individual Capacity
Rachel King, Individual Capacity
Richard Romero, Individual Capacity
Ray A. Hollenbeck, Individual Capacity
Crystal Dawn Langham, Individual Capacity

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-CV-00140 TMB

TO:

Crystal Langham
P.O. Box 879468
Wasilla, Alaska 99687

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Leon Gene Clugston**
**4555 South Navigator Circle #7**
**Wasilla, Alaska [99654]**
**907-357-1093**

an answer to the complaint which is served on you with this summons, within __20 days__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Ida Romack**
CLERK

(By) DEPUTY CLERK

DATE June 9, 2006

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-16-06 |
| NAME OF SERVER (PRINT) | TITLE |
| Leon Coene Chesten | None |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Certified mail  see Attached green Card

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-04-06
            Date

Signature of Server: Leon Ceene Chestn

Address of Server: 4555 S. Navigator Cir #7  Wasilla AK  99654

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Crystal Langham* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Crystal Langham* |
| 1. Article Addressed to:<br><br>Crystal Langham<br>P.O. Box 879468<br>Wasilla, Alaska 99687 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[JUN 16 2006 postmark]<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 1160 0003 3651 9094 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-