AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Alaska__

RECEIVED
JUL 0 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Leon Gene Clugston

V.

Eric Smith, Individual Capacity
Kevin D. Williams, Individual Capacity
Rachel King, Individual Capacity
Richard Romero, Individual Capacity
Ray A. Hollenbeck, Individual Capacity
Crystal Dawn Langham, Individual Capacity

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-CV-00140 TMB

TO: Kevin D. Williams
Department of Law
Office of the Attorney General
Anchorage, Branch
1031 West 4th Avenue Ste 200
Anchorage, Alaska
907-269-5100

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Leon Gene Clugston**
**4555 South Navigator Circle #7**
**Wasilla, Alaska [99654]**
**907-357-1093**

an answer to the complaint which is served on you with this summons, within __20 days__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Ida Romack**
CLERK

(By) DEPUTY CLERK

DATE June 9, 2006

%AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  6-13-06 Certified mail |
| NAME OF SERVER *(PRINT)*  Leon Gene Clugston | TITLE  none |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Certified mail see Attached Green Card

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-04-06
        *Date*

*Signature of Server*  Leon Gene Clugston

*Address of Server*  4555 S. Navigator Cir. #7 Wasilla AK 99654

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Natalie Parish*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Natalie Parish*  12/13/0? |
| 1. Article Addressed to:<br><br>Kevin D. Williams<br>Department of Law<br>Office of the Attorney General<br>Anchorage, Branch<br>1031 West 4th Avenue Ste 200<br>Anchorage, Alaska  **99501** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 1160 0003 3651 9100 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540