AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Alaska_

**RECEIVED**

JUL 0 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Leon Gene Clugston

**SUMMONS IN A CIVIL CASE**

V.

Eric Smith, Individual Capacity
Kevin D. Williams, Individual Capacity
Rachel King, Individual Capacity
Richard Romero, Individual Capacity
Ray A. Hollenbeck, Individual Capacity
Crystal Dawn Langham, Individual Capacity

CASE NUMBER: 3:06-CV-0140 TMB

TO: ( Ray A. Hollenbeck
CSSD
550 W. 7th Avenue Ste 310
Anchorage, Alaska 99501
269-6900 phone
269-6813 Fax

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Leon Gene Clugston
4555 South Navigator Circle #7
Wasilla, Alaska [99654]
907-357-1093**

an answer to the complaint which is served on you with this summons, within _20 days_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Ida Romack**

CLERK

(By) DEPUTY CLERK

DATE _June 9, 2006_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-18-06 certified mail | |
| NAME OF SERVER *(PRINT)* Leon Gene Clugston | TITLE None | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Served by Certified mail   See Attached Green Card _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-04-06     _____ Leon Gene Clugston _____
           Date               Signature of Server

         4555 S. Navigator Cir #7 Wasilla Ak _____
         Address of Server            99654

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent<br>□ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Ray A. Hollenbeck<br>CSSD<br>550 W. 7th Avenue Ste 310<br>Anchorage, Alaska 99501 | D. Is delivery address different from item 1?  □ Yes<br>    If YES, enter delivery address below:     □ No<br><br>3. Service Type<br>☒ Certified Mail    □ Express Mail<br>□ Registered    □ Return Receipt for Merch<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)      □ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 1160 0003 3651 9070 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02