AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Alaska

Leon Gene Clugston

**SUMMONS IN A CIVIL CASE**

V.

Eric Smith, Individual Capacity
Kevin D. Williams, Individual Capacity
Rachel King, Individual Capacity
Richard Romero, Individual Capacity
Ray A. Hollenbeck, Individual Capacity
Crystal Dawn Langham, Individual Capacity

CASE NUMBER: 3:06-CV-00140 TMB

TO:
Eric Smith
Alaska Court System
435 South Denali
Palmer, AK 99645-6437
907-746-7500

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Leon Gene Clugston**
**4555 South Navigator Circle #7**
**Wasilla, Alaska [99654]**
**907-357-1093**

an answer to the complaint which is served on you with this summons, within ___20 days___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Ida Romack**
CLERK

DATE June 9, 2006

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  June 29, 2006 |
| NAME OF SERVER (PRINT)  Pam Hawkins | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 435 South Denali Palmer AK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES  45 | TOTAL  45.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 29, 2006         *Pam Hawkins*
           Date               Signature of Server

400 W Benson Blvd #202
Anchorage, AK 99503
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.