| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  JUN 19 2006<br>B. Received by (Printed Name) | ☐ Agent<br>☐ Addressee<br>C. Date of Delivery |
| 1. Article Addressed to:<br><br>David W. Marquez<br>Attorney General<br>Dimond Court House<br>123 4th Street Ste 450<br>Juneau, Alaska 99811<br>907-465-2133 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number *(Transfer from service label)* | 7005 1160 0003 3651 9117 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540