## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 LEON GENE CLUGSTON    v.    ERIC SMITH, et al. 

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                              CASE NO.   3:06-cv-00140-TMB 

 Patty Demeter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: July 12, 2006

     Judge Burgess hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 3:06-cv-00140-JWS.

[]{IQ2.WPD*Rev.12/96}