

State of Alaska

# EMPLOYEE AFFIDAVIT

Eric Smith
(Employee)

Alaska Court System
(Department)

Date: 4/26/96

OATH OF OFFICE
(Prescribed by AS 39.05.045)

I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as a Superior Court Judge to the best of my ability.

_____
(Department Representative)

_____
(Signature of Employee)



I hereby affirm that the attached reproduction consisting of ___1___ pages, is a true, correct and complete photocopy of an original document. Dated 5-15, 00 at Anchorage, Alaska.

_____
Notary Signature    Commission Expires

Attachment 1
Pg 1 of 1