# THE SUPREME COURT OF THE STATE OF ALASKA

In Re Swearing In of )
ALEXANDER O. BRYNER, )
Justice of the Supreme ) <u>OATH OF OFFICE</u>
Court of the State of )
Alaska. )
 )
_____ )

    I, Alexander O. Bryner, do solemnly swear that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as Justice of the Supreme Court of the State of Alaska, to the best of my ability.

I hereby affirm that the attached reproduction consisting of __1__ pages is a true, correct and complete photocopy of an original document.
Dated 5-15, 00 at Anchorage, Alaska.
_____
Notary Si... ...on Expires

_____
Alexander O. Bryner

    SUBSCRIBED AND SWORN to before me in Anchorage, Alaska, on February 26, 1997.

_____
Allen T. Compton
Chief Justice



Attachment 3
Pg 1 of 1