## THE SUPREME COURT OF THE STATE OF ALASKA

In Re Swearing In of the )
Chief Justice of the Supreme ) **OATH OF OFFICE**
Court of the State of )
Alaska. )
              )
_____ )

    I, Warren W. Matthews, do solemnly swear that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as Chief Justice of the Supreme Court of the State of Alaska, to the best of my ability.

[Notary seal: Stephen Collier, Notary Public, State of Alaska, My Commission Expires May 14, 2003]

I hereby affirm that the attached reproduction consisting of __1__ pages, is a true, correct and complete photocopy of an original document. Dated 5-15, 00 at Anchorage, Alaska.

_____
Notary Signature   Commission Expires

_____
Warren W. Matthews

    The foregoing oath administered at Anchorage, Alaska, this 2nd day of July, 1997, by Robert L. Eastaugh, Justice, Supreme Court of the State of Alaska.

_____
Robert L. Eastaugh

[Received stamp: JUL 10 1997]

Attachment 4
79 / 1 / 1