RECEIVED
FEB 16 1999
HUMAN RESOURCES DEPARTMENT
ALASKA COURT SYSTEM

# THE SUPREME COURT OF THE STATE OF ALASKA

In Re Swearing In of       )
Robert L. Eastaugh,        )        O A T H   O F   O F F I C E
Justice of the Supreme     )
Court of the State of      )
Alaska.                    )
                           )
_____)

    I, Robert L. Eastaugh, do solemnly swear that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as Justice of the Supreme Court of the State of Alaska, to the best of my ability.

_____
Robert L. Eastaugh

I hereby affirm that the attached reproduction consisting of ___1___ pages, is a true, correct and complete photocopy of an original document.
Dated 5-15, 00 at Anchorage, Alaska.

_____
Notary Signature    Commission Expires

[Notary Seal: Stephen Collier, Notary Public, State of Alaska, My Commission Expires May 14, 2003]

SUBSCRIBED AND SWORN to before me in Anchorage, Alaska, on April 18, 1994.

_____
Daniel A. Moore, Jr.
Chief Justice

[Alaska Supreme Court Seal]

Attachment 5
PS 1 of 1