# THE SUPREME COURT OF THE STATE OF ALASKA

In Re Swearing In of )
DANA FABE, )
Justice of the Supreme ) OATH OF OFFICE
Court of the State of )
Alaska. )
_____ )

     I, Dana Fabe, do solemnly swear that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as Justice of the Supreme Court of the State of Alaska, to the best of my ability.

I hereby affirm that the attached reproduction consisting of ___/___ pages, is a true, correct and complete photocopy of an original document. Dated 5-15, 00 at Anchorage, Alaska.

_____
Notary Signature    Commission Expires

_____
Dana Fabe

SUBSCRIBED AND SWORN to before me in Anchorage, Alaska, on January 29, 1996.

_____
Allen T. Compton
Chief Justice

Attachment 5
Pg 181