THE SUPREME COURT OF THE STATE OF ALASKA

In Re Swearing In of )
WALTER L. CARPENETI, )
Justice of the Supreme ) OATH OF OFFICE
Court of the State of )
Alaska. )
)
_____ )

I, Walter L. Carpeneti, do solemnly swear that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as Justice of the Supreme Court of the State of Alaska, to the best of my ability.

_____
Walter L. Carpeneti

SUBSCRIBED AND SWORN to before me in Juneau, Alaska, on November 6, 1998.

_____
Jay A. Rabinowitz
Senior Justice



I hereby affirm that the attached reproduction consisting of ___1___ pages, is a true, correct and complete photocopy of an original document. Dated 5-15, 00 at Anchorage, Alaska.

_____
Notary Signature    Commission Expires



I certify that this is a true, full copy of an original document on file in the Appellate Courts of the State of Alaska.
Dated February 17, 19 99 at Anchorage, Alaska.

CLERK OF THE APPELLATE COURTS
By _____

Attachment 7
pg 1 of 1