02-024 (Rev. 8/72)

# STATE OF ALASKA

# EMPLOYEE AFFIDAVIT

Alexander O. Bryner _____ District Court Third Judicial District
       (Employee)                                               (Department)
                                                                  Anchorage

## OATH OF OFFICE
(Prescribed by Chapter 162, SLA 1959)

I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as District Court Judge to the best of my ability.

_____           Alexander O. B_____
(Department Representative)                 (Signature of Employee)
                                Date 4/14/75

I hereby affirm that the attached reproduction consisting of ___1___ pages, is a true, correct and complete photocopy of an original document.
Dated 5-15-00 at Anchorage, Alaska

_Stephen Collins_
Notary Signature      Commission Expires

[Notary Public Seal: Stephen Collier, My Commission Expires May 14, 2003, State of Alaska]

Attachment 8
TJ 1 of 1