02-024 (Rev. 4/76)

STATE OF ALASKA

# EMPLOYEE AFFIDAVIT

STATE OF ALASKA _____   JUDICIAL _____
                    Employee                              Department

OATH OF OFFICE
(Prescribed by Chapter 182, SLA 1959)

I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as Supreme Court Justice to the best of my ability.

_____                    _____
(Department Representative)                  (Signature of Employee)
                Date 7-15-77



I hereby affirm that the attached reproduction consisting of ___1___ pages, is a true, correct and complete photocopy of an original document. Dated 5-15-00 at Anchorage, Alaska.

_____
Notary Signature                Commission Expires

Attachment 9
Pg 1 of 1