STATE OF ALASKA

## EMPLOYEE AFFIDAVIT

Robert L. Eastaugh _____ Alaska Court System
(Employee)                (Department)

### OATH OF OFFICE
(Prescribed by AS 39.05.130)

I do solemnly swear (or affirm) that I will support and defend the constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties

as _law court employee_ to the best of my ability.

_____        _____
(Department Representative)        (Signature of Employee)

Date 4/4/94 [4/4/94]

NOTIFICATION

[Notary Seal: Stephen Collier, Notary Public, State of Alaska, My Commission Expires May 14, 2003]

I hereby affirm that the attached reproduction consisting of ___1___ pages, is a true, correct and complete photocopy of an original document. Dated 5-15, 00, at Anchorage, Alaska.

_____
Notary Signature    Commission Expires

Attachment D
PS 181