STATE OF ALASKA

EMPLOYEE AFFIDAVIT

_Dana Fabe_        _Superior Court_
(Employee)                                                         (Department)

OATH OF OFFICE
(Prescribed by AS 39.05.130)

I do solemnly swear (or affirm) that I will support and defend the constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as _Superior Ct - Judge_ to the best of my ability.

_[signature]_          _Dana Fabe_
(Department Representative)          (Signature of Employee)

Date _11/2/88_

I hereby affirm that the attached reproduction consisting of __1__ pages, is a true, correct and complete photocopy of an original document.
Dated _5-15_, _00_ at Anchorage, Alaska.

_Stephen Collier_
Notary Signature     Commission Expires

[Notary Seal: Stephen Collier, NOTARY PUBLIC, State of Alaska, My Commission Expires May 14, 2003]

Attachment 11
pg 191