STATE OF ALASKA

# EMPLOYEE AFFIDAVIT

_Walter L. Carpeneti_  _Alaska Court System_
----------------------------------------    ----------------------------------------
Employee                                    Department

### OATH OF OFFICE
(Prescribed by Chapter 162, SLA 1959)

I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as _Superior court judge_ to the best of my ability.

_Sharon Lee Walker_          _Walter L. Carpeneti_
----------------------------    ----------------------------
(Department Representative)     (Signature of Employee)

Date ............................

I hereby affirm that the attached reproduction consisting of __1__ pages, is a true, correct and complete photocopy of an original document. Dated _5-15, 00_ at Anchorage, Alaska.

_Stephen Collier_
Notary Signature        Commission Expires

[Notary Seal: Stephen Collier, Notary Public, State of Alaska, My Commission Expires May 14, 2003]

Attachment 12
pg 1 of 1