January 30, 1997

The Honorable Alexander O. Bryner
Chief Judge, Court of Appeals
626 N Street
Anchorage, AK 99501

Dear Alex,

I am pleased you have accepted the appointment to the Alaska Supreme Court. Thank you for your involvement in the demanding application process.

Your outstanding legal expertise, record of public service, and the expressions of support by those we hold in high regard are a positive testament to your outstanding ability to serve the people of the State of Alaska as a member of Alaska's highest court.

Through our mutual efforts, the vision we share for an environment of justice and equality for all Alaskans is attainable.

Sincerely,

s/s Tony Knowles

Tony Knowles
Governor

cc:   Cindy Smith, Coordinator, Boards and Commissions
      William Cotton, Executive Director, Alaska Judicial Council

TK/DR/CS/gl                         0109/05

Attachment 13
P$ 1 d)