May 26, 1977

Mr. Warren W. Matthews, Jr.
429 D Street
Anchorage, Alaska 99501

Dear Mr. Matthews:

It is my pleasure to inform you of your appointment to the Supreme Court Judgeship in the Third Judicial District at Anchorage.

I had the opportunity to make my selection from five excellent prospects recommended by the Judicial Council, and I feel that you stood out among the five nominees. Your high position in the Bar Poll, and expressions of support by many that I hold in high regard, convinced me that you would be an excellent Judge.

Let me extend my congratulations and best wishes to you in this new endeavor, and if ever this office can be of assistance to you, please do not hesitate to ask.

                        Sincerely,

                        Jay S. Hammond
                        Governor

bcc: Honorable Robert Boochever

BG/tdg

Attachment 14