February 1, 1994

Robert L. Eastaugh, Esq.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501

Dear Bob,

We are pleased that you have accepted the appointment to the Alaska Supreme Court. Thank you for your involvement and cooperation in the competitive selection process.

Your outstanding legal expertise, record of public service, and the expressions of support by those we hold in high regard are a positive testament to your outstanding ability to serve the people of the State of Alaska as a member of Alaska's esteemed judiciary and highest court.

Through our mutual efforts, the vision we share for an environment of hope and progress for all Alaskans is attainable.

With best regards.

                                        Sincerely,

                                        S/S Walter J. Hickel

                                        Walter J. Hickel
                                        Governor

cc:   The Honorable Daniel A. Moore, Jr.
      Chief Justice, Alaska Supreme Court

      Kristie Leaf
      Director, Boards and Commissions

      William Cotton
      Executive Director, Judicial Council

WJH/CLF/KL/rs                  0109/05
SUPREME.APT

*Attachment 15*
*P. 18*