February 9, 1996

The Honorable Dana Fabe
4400 Bay View Drive
Anchorage, AK 99516

Dear Dana,

I am please you have accepted the appointment to the Alaska Supreme Court. Thank you for your involvement in the demanding application process.

Your outstanding legal expertise, record of public service, and the expressions of support by those we hold in high regard are a positive testament to your outstanding ability to serve the people of the State of Alaska as a member of Alaska's esteemed judiciary.

Through our mutual efforts, the vision we share for an environment of hope and progress for all Alaskans is attainable.

Sincerely,

s/s Tony Knowles

Tony Knowles
Governor

bcc:   Cindy Smith, Boards and Commissions
       William Cotten, Executive Director, Judicial Council
       Arthur Snowden II, Administrative Director, Alaska Court System
       The Honorable Daniel A Moore, Jr., Chief Justice, Alaska Supreme Court

TK/JV/MH/CS/mf              0109
fabe.gov

Attachment 16
75 of 81