November 4, 1998

The Honorable Walter L. Carpeneti
P.O. Box 114100
Juneau, AK 99811-4100

Dear Judge Carpeneti:

I am pleased you have accepted the appointment to the Alaska Supreme Court. Thank you for your involvement in the demanding application process.

Your excellent qualifications and your record of public service are a positive testament to your outstanding ability to serve the people of the State of Alaska as a member of Alaska's judiciary.

Best wishes in your new endeavor.

                                           Sincerely,

                                           s/s Tony Knowles

                                         Tony Knowles
                                         Governor

cc:    Cindy Smith, Coordinator, Boards and Commissions
        William Cotton, Executive Director, Alaska Judicial Council

TK/JV/CS/hlg                     0109/01

*Attachment 17*
*p. 181*