DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Megan R. Webb
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone:  (907) 269-5234
Fax:  (907) 279-2834

Attorney for Eric Smith, D. Kevin Williams,
Rachel King, Richard Romero, and Ray Hollenbeck

| | |
|---|---|
| Leon Gene Clugston,<br>          Plaintiff<br><br>v.<br><br>Eric Smith, individual capacity,<br>Kevin D. Williams, individual capacity,<br>Rachel King, individual capacity,<br>Richard Romero, individual capacity,<br>Ray A. Hollenbeck, individual capacity,<br>Crystal Dawn Langham, individual capacity,<br>          Defendants. | *Notice of No Reply*<br><br>Case No. 3:06-CV-00140 (JWS) |

    Defendants Eric Smith, D. Kevin Williams, Rachel King, Richard Romero, and Ray Hollenbeck give notice to the court that they will not be filing a reply to Mr. Clugston's Opposition to the Motion to Dismiss.

    DATED this 24th day of July 2006 at Anchorage, Alaska.

                                    DAVID W. MÀRQUEZ
                                    ATTORNEY GENERAL

                            By:
                                /s/ Megan R. Webb
                                Assistant Attorney General
                                Attorney General's Office
                                1031 W. 4th Avenue, Suite 200

|   |   |
|---|---|
| 1 | Anchorage, AK 99501 |
|   | (907) 269-5234 (Phone) |
| 2 | (907) 279-2834 (Fax) |
|   | ope_ecf@law.state.ak.us |
| 3 | Alaska Bar No.  9811072 |

**CERTIFICATE OF SERVICE**

This is to certify that on July 24, 2006, a true and correct copy of the **NOTICE OF NO REPLY** in this proceeding was served by first class U.S. Mail on the following:

Leone Gene Clugston
4555 South Navigator Circle #7
Wasilla, Alaska  99654

Crystal Dawn Langham
PO Box 879468
Wasilla, Alaska  99687

/s/Megan R. Webb
Assistant Attorney General
Attorney for Eric Smith, D. Kevin Williams, Rachel King, Richard Romero, and Ray Hollenbeck