Leon Gene Clugston
4555 South Navigator Circle #7
Wasilla, Alaska [99654]
907-357-1093
Without Assistance of Counsel

RECEIVED

JUL 2 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# The United States of America

# The United States

# District of Alaska

# District Court of the United States


**Leon Gene Clugston**

Plaintiff

*Versus.*

**Eric Smith, individual capacity (personal capacity); and
Kevin D. Williams, individually (personal capacity); and,
Rachel King, individually (personal capacity); and,
Richard Romero, individually (personal capacity); and,
Ray A. Hollenbeck, individually (personal capacity); and,
Crystal Dawn Langham, individually (personal capacity); and,
John Does 1-20**

Defendants


**Case 3:06-cv-00140-JWS**

**Opposition to MOTION TO DISMISS and ANSWER**

*Come now,* Leon Gene Clugston ("Clugston") with this Opposition to Motion to

Dismiss and Answer ("Opposition") to Crystal Dawn Langham's ("Langham") ANSWER TO

COMPLAINT AND MOTION TO DISMISSAL (hereafter respectively "Answer" or "Motion")

A complaint should not be dismissed unless it appears that Clugston can prove no set of facts in support consistent with the allegations which would entitle Clugston to relief and to presume all factual allegations of the complaint to be true and draw all reasonable inferences in favor of Clugston as held in the adjudged decision of the Supreme Court of the United States in *Illinois ex rel. Madigan v. Telemarketing Assoc. Inc.*, 538 U.S. 600, 618 (2003). See also *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957); *Hishon v. King & Spalding*, 467 U.S. 69, 73 (1984); *Cruz v. Beto*, 405 U.S. 319, 322 (1972); *Hartford Fire Ins. Co. v.* California, 509 U.S. 764, 811 (1993); *McLain v. Real Estate Bd. Of New Orleans, Inc.,* 444 U.S. 232, 246 (1980); United *States v. LSL Biotechnologies*, 379 F.3d 672, 698 (9th Cir. 2004); *Jenkins v. McKeithen*, 395 U.S. 411, , 421, 422 (1969); *Kinney v. International Broth. Of Elec. Workers*, 669 F.2d 1222, 1230 (9th Cir. 1222); *Alameda Conservation Ass'n v. State of Cal.*, 437 F.2d 1087, 1094 (9th Cir. 1971); *Knappick v. United States*, 875 F.2d 318, 318 (9th Cir. 1989); *Brothers v. First Leasing*, 724 F.2d 789, 790 [FN1] (9th Cir. 1984); *Keniston v. Roberts*, 717 F.2d 1295, 1300 (9th Cir. 1983).

A judge is under a duty to examine the complaint to determine if the allegations provide for relief on any possible theory as held in the adjudged decision of *Bonner v. Circuit Court of City of St. Louis, Mo.,* 526 F.2d 1331, 1334 (8th Cir. 1976); *Bramlet v. Wilson*, 495 F.2d 714, 716 (8th Cir. 1974).

The courts have never decided that those enjoying judicial immunity from damage suits are similarly immune form suits seeking equitable and injunctive relief as held in *Bonner v.*

*Circuit Court of City of St. Louis, Mo.,* 526 F.2d 1331, 1334 (8th Cir. 1976) citing *O'Shea v. Littleton*, 414 U.S. 488 (1974).

Langham's benighted Answer exceeds the limits of frivolity *passim*, is totally without any merit; and, Langham even denies the Court's existence and the Court's original jurisdiction of issues not within the jurisdiction of any court of Alaska, denies the very first Law of the United States at 1 Stat. 23, denies the existence of the Constitution of the United States, denies any existence of Eric Smith, etc., denies in total there is no *truth* to the Complaint/Injunction/Writ of Quo Warranto ("Complaint") upon which her purported claim of financial gain rely and denies the barest essential elements of any litigation. Unbelievable!

Langham offers no affirmative defense, i.e. the legal right of Clugston to file the Complaint, admitting that Langham has no defense. If would be a simple world if all Attorneys had to do was to do a simple denial with no facts or issues of law, no affirmative defense and then to plead for their client's financial enrichment, I want money, from the Plaintiffs from the Administrative State to be enforced in the Motion.

Therefore, Langham's Answer does not even comport to the minimum level of an answer mandated in the timeframe of twenty days and therefore opens Langham for a Default Judgment pending the outcome of Langham's Motion.

Clugston has since the filing of the Complaint on June 9, 2006 received a threatening letter from the STATE OF ALASKA, DEPARTMENT OF REVENUE ("Letter") dated June 27, 2006 under the name (no signature) of a Precyous P Council ("Council"), purportedly a Child Support Representative. This Letter threatens Clugston with additional enforcement actions, being "This could include taking your driver's or occupational license, garnishing your bank

accounts (including money market, IRA and cash accounts) or referring your case to the Attorney General's office for ***criminal*** or civil prosecution." *[Emphasis added]*

What could Langham have relied upon for the financial enrichment from Clugston that she states in the Motion for grounds for dismissal evidently invoking preclusion law? What essential elements would have to attach to Clugston for Langham's wish for money from Clugston when Langham and Clugston have shared physical and joint legal custody (50-50 each) of Nicholas Lee Langham ("Nicholas").

***Clugston must for the possibility of receiving a federal benefit being forced and coerced under both civil and criminal prosecution to surrender all of his fundamental rights submit to the dictorial terms of Congress with no legislative Power in the Constitution of the United States for said federal benefit subject change or be discontinued at any time; and, upon making application for said federal benefit, Congress can and will deny Clugston all access to any Court of Record in either one of the several States or courts of the United States; and upon making application for said federal benefit, Congress can and will even deny Clugston any Remedy.*** Could this be true and proven? The answer is ***yes!***

1.    ***What is this federal benefit?*** The answer is the federal benefit is *enabled* just by the making application for a ***Social Security Number*** ("SSN") in the ***Social Security System*** ("SSS") in 49 Stat. 620 as amended in which "benefit" appears approximately 26 times. I attach as an Offer of Proof of the facts contained therein to answer this question, being **Attachment 1**. See also 42 U.S.C. § 405 for benefits *passim* to which the Court shall take judicial Notice of said public document.

2.    ***Is it well settled as held United States v. Babcock, 250 U.S. 328, 331 (1919)***

*"That the United States, when it creates rights in individuals against itself, is under no obligation to provide a remedy through the courts", being a federal benefit, i.e. in the SSS?*

The answer is *Yes*, and as a Offer of Proof of this I have attached *U.S. v. Babcock*, 250 U.S. 328 (1919), being **Attachment 2**.   And further, as an Offer of Proof that this denial of a remedy or a court attaches to 42 U.S.C. § 405(g) & (h) being exclusive to which this Court shall take judicial Notice of this adjudged decision, being *Garza v. Chater*, 891 F.Supp. 464 (N.D. Ill. 1995), to wit:

*Ibid at 467,* [1][2][3] Judicial review of a claim originating under Title II of the Social Security Act is provided in, and expressly **limited by, Section 205(g) and (h) of the Act, 42 U.S.C. ß 405(g) and (h).**   The remedy established within the statute is exclusive; the law has been settled for decades that **where a statute creates a right and provides a special remedy, that remedy is exclusive.   United States v. Babcock, 250 U.S. 328, 331, 39  S.Ct. 464, 465, 63 L.Ed. 1011 (1919).**  Section 405(g) requires that the claimant receive a "final decision of the Secretary made after a hearing" to which the claimant was a party before a federal district court may acquire jurisdiction. [FN5]  42 U.S.C. ß 405(g).   Although a decision rendered on a claim at each stage of the administrative process is final and binding on the parties, the regulations define a "final decision of the Secretary" for the purpose of ß 405(g) as a decision made by the Appeals Council which either reviews or denies review of a determination made by an ALJ after an evidentiary hearing on the merits of the claim.   Watters v. Harris, 656 F.2d 234, 236- 237 (7th Cir.1980).   Furthermore, ß 405(h) strictly limits review of the Commissioner's decision to those methods of review expressly provided within the statute. [FN6]  Therefore, the Act permits federal courts to review only a narrowly defined type of decision by the Secretary, namely, one which is "final" and "made after a hearing."  Weinberger v. Salfi, 422 U.S. 749, 764, 95 S.Ct. 2457, 2466, 45 L.Ed.2d 522 (1975); Giacone v. Schweiker, 656 F.2d 1238, 1242 (7th Cir.1981).

FN5. **Section 405(g)** provides in pertinent part:
Any individual, after any final decision of the Secretary made after a hearing to which he was a party, irrespective of the amount in controversy, may obtain a review of such decision by a civil action commenced within sixty days after the mailing to him of notice of such decision or within such further time as the Secretary may allow....
42 U.S.C. ß 405(g).

FN6. **Section 405(h)** provides:
The findings and decisions of the Secretary after a hearing shall be binding upon all individuals who were parties to such hearing.   No findings of fact or decision of the Secretary shall be reviewed by any person, tribunal, or governmental agency except as herein provided.  **No action against the United States, the Secretary, or any officer or employee thereof shall be brought under [ß  1331 et seq.] of Title 28 to recover on any claim arising under this subchapter.**
42 U.S.C. ß 405(h).  *[Emphasis added]*

And further as another Offer of Proof of the denial of any court or remedy by accepting a

benefit (welfare benefits), this Court shall take judicial Notice of *Allen v. Graham*, 446 P.2d 240

(App. Ariz.1968), to wit:

> *Ibid @ 243* - [14] Appellant argues that, notwithstanding welfare benefits are more gratuities, access to the courts via a Right of appeal is a constitutional requisite. **We do not agree. Welfare benefits are grants by the legislature** which has delegated to the Department of Public Welfare the power to determine the recipients of such grants. Under such circumstances, i.e., **when the state creates rights in individuals against itself, it is not bound to provide a remedy in the courts and may withhold all remedy or it may provide an administrative remedy and make it exclusive, however mistaken its exercise.** Dismuke v. United States, 297 U.S. 167, 56 S.Ct. 400, 80 L.Ed. 561 (1936); United States v. Babcock, 250 U.S. 328, 39 S.Ct. 464, 63 L.Ed. 1011 (1919); Blanc v. United States, 140 F.Supp. 481 (E.D.N.Y.1956). *[Emphasis added]*

The Court shall also take judicial Notice of *Flemming v. Nestor*, 363 U.S. 603 (1960) for

the same facts of being denied any remedy and any access to any Court for making application

for federal benefits.

And again, as another Offer of Proof, the Court shall take judicial Notice of the public

document codified @ 42 U.S.C. § 405, and in particular (g) and (h) where Congress denies access

to 28 U.S.C. § 1331 (the Constitution, Laws and Treaties of the United States) and the exclusive

remedy is in the purported Executive Branch.

3.      *What is the status required by Clugston to make application and enable this federal*

*benefit?*   The answer is that Clugston will have to submit to being a "*citizen of the United*

*States*", an "*Individual*", and have a *SSN*.  And as a Offer of Proof that Clugston would have to

be a "*citizen of the United States*" and an "*Individual*", the Court shall take judicial Notice of

the unambiguous language of public document of 5 U.S.C. § 552a and in particular to parts (2)

and (13), to wit:

> **(2)** the term **"individual" means** a **citizen of the United States** or an alien lawfully admitted for permanent residence;
>
> \* \* \*
>
> **(13)** the term "Federal personnel" **means** officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), **individuals** [FN2] entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits).

\* \* \*

[FN2] So in original.  Probably should be "and individuals". *[Emphasis added]*

And as a further Offer of Proof that "***Individual***", i.e. "***citizen of the United States***" must have and use a ***SSN*** (enabling the possibility of a federal benefit), the Court shall take judicial Notice of the public document of the "U.S. Individual ["citizen of the United States"] Income Tax Return 2005" ("Return") with the instructions of "You must enter your SSN's above", being **Attachment 3**.

And as a further Offer of Proof of the mandatory requirement of using a SSN and that the information on said Return for an "Individual", i.e. "citizen of the United States" will used for "federal, state, and local child support agencies;  and to other federal agencies for the purposes of determining entitlement for benefits . . . ", the Court shall notice the Return with OMB number of 1545-0074 and at the bottom of said Return to comply with the IRS Restructuring and Reform Act of 1998, the Privacy Act of 1974 and Paperwork Reduction Act of 1980 and 1995 ("PRA") instructs you to go to page 78 of the Instruction Pamphlet for using the Return for the year of 2005, which is 142 pages in length.  I have attached only most relevant parts as an Offer of Proof, being the Cover page and page 78 for brevity, but not excluding the total Instruction Pamphlet, being **Attachment 4.**  I have also included in this Opposition the rtf converted from the IRS instruction pdf Page 78 of the Instruction Pamphlet with important parts with *emphasis added*, to wit:

### Disclosure, Privacy Act, and Paperwork Reduction Act Notice

The IRS Restructuring and Reform Act of 1998, the Privacy Act of 1974, and the Paperwork Reduction Act of 1980 **require that when we ask you for information we must first tell you** *our legal right to ask for the information, why we are asking for it, and how it will be used.* **We must also tell you what could happen if we do not receive it and whether your response is** *voluntary, required to obtain a benefit,* **or** *mandatory under the law.*

This *notice applies to all papers* you file with us, including *this tax return*. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our **legal right** to ask for information is Internal Revenue Code sections 6001, **6011**, and 6012(a), and *their regulations*. They say that you *must file a return or statement with us for any tax you are liable for*. **Your response is** *mandatory* **under these sections.** *Code section 6109 requires that you provide your social security number* or individual taxpayer identification number *on what you file*. This is **so we know who you are**, and **can process your return** and **other papers**. *You must fill in all parts of the tax form that apply to you*. But you do not have to check the boxes for the Presidential Election Campaign Fund or for the third-party designee. You also do not have to provide your daytime phone number.

*You are not required to provide the information requested on a form* that is **subject to the Paperwork Reduction Act** *unless the form displays a valid OMB control number.* **Books or records relating to a form** or its instructions must be retained as long as their contents may become material in the **administration of any Internal Revenue law**.

We ask for tax return information to carry out the **tax laws of the United States.** We need it to figure and collect the right amount of tax.

If you do not file a return, do not provide the information we ask for, or provide fraudulent information, *you may be charged penalties and be subject to criminal prosecution.* We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

Generally, tax returns and return information are confidential, as stated in Code section 6103. However, Code section 6103 allows or requires the Internal Revenue Service to disclose or give the information shown on your tax return to others as described in the Code. For example, **we may disclose your tax information** to the **Department of Justice** to **enforce the tax laws**, both **civil and criminal**, and to **cities, states**, the **District of Columbia, U.S. commonwealths or possessions**, and certain foreign governments to carry out their tax laws. **We may disclose your tax information** to the **Department of Treasury** and **contractors** for tax administration purposes; and **to other persons as necessary** to obtain information which we cannot get in any other way in order to determine the amount of or to collect the tax you owe. **We may disclose your tax information** to the **Comptroller General of the United States** to permit the Comptroller General to review the Internal Revenue Service. *We may disclose your tax information* to committees of **Congress;** *federal, state, and local child support agencies*; and to other **federal** agencies for the purposes of *determining entitlement* for *benefits* or the eligibility for and the repayment of loans. **We may also disclose this information** to **other countries** under a **tax treaty**, to **federal and state agencies** to **enforce federal nontax criminal laws**, or to federal law enforcement and intelligence agencies to combat terrorism.

Please keep this notice with your records. It may help you if we ask you for other information. If you have questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

**We Welcome Comments on Forms**

We try to create forms and instructions that can be easily understood. Often this is difficult to do because our tax laws are very complex. For some people with income mostly from wages, filling in the forms is easy. For others who have businesses, pensions, stocks, rental income, or other investments, it is more difficult.

If you have suggestions for making these forms simpler, we would be happy to hear from you. You can email us at *taxforms@irs.gov. Please put "Forms Comment" on the subject line. Or you can write to Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send your return to this address. Instead, see the back cover. *[Emphasis added]* -78

5.      *Isn't being a "citizen of the United States", being an "Individual" and receiving "federal benefits under the SSS with a SSN" and "child custody" conflated irrevocable with Congress denying a remedy and all access to courts of Law?* The answer is *Yes*, as the facts *supra.*, clearly definitively demonstrate said fact.

6.      *Is Congress granted legislative Power to create federal benefits in the Constitution of the United States?* The answer is *No*, but there is no provision within the Constitution of the United States to prevent Congress from offering federal benefits, i.e. creating rights against the United States for Individuals to the people of the several States. But as already proven with conclusive facts and what is not known to the people of the several States in general is that you can have all remedies withheld and access to all courts upon the terms dictated solely by Congress subject to change or eliminated at their whim.

7.      *Are the fundamental rights of Clugston's secured in Article IV Section 2, being "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States", in being a "citizen of the United States" or in being a citizen of one of the several States, i.e. "citizen of the United States of America" and American citizen?* The answer was already plead in the Complaint, the fundamental rights, i.e. inalienable rights, of Clugston are secured within being a *citizen of one of the several States* and *NOT in being a "citizen of the United States*." The most extensive explication of the fundamental rights secured to the people of the several States of which Clugston is of this class which has already been plead in the Complaint, but will be repeated as proof of the facts to which the Court shall take judicial

Notice of all of the following Cases.

Concerning American citizens, after the Revolution of 1776 there were the *original* States known as the "united States of America" (Declaration of Independence), American citizens being any of the people of any of the original States, and a citizen of New-York, citizen of Virginia, etc.  The allegiance to said *original* State(s) and the protections derived and secured therein were from being a citizen of New-York, citizen of Virginia, etc. and this has not changed.

The people born after July 4, 1776, i.e. *post natus*, were are all of the status of an "American citizens." *Inglis v. The Trustees of the Sailor's Snug Harbour in the city of New York*, 28 U.S. 99, 101, 120-126, 160, **164-167**. (1830).  The election of a change in allegiance ". . . rests on the ground of a mutual compact between the government and the citizen or subject, which it is said cannot be dissolved by either party without the concurrence of the other. It is the tie which binds the governed to their government, in return for the protection which the government affords them." *Ibid 124.*  Justice Story's pronouncement in *Shanks v. Dupont*, 28 U.S. 242, 246 (1830) was "The general doctrine, is that no persons can by any act of their own, without the consent of the government, put off their allegiance, and becomes aliens" and this has not changed.

Concerning "citizens of the United States of America",  "The Articles of Confederation" of July 8, 1778 established the several States, i.e.,  "[T]he free inhabitants of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States" and "The United States of America."  Even though the Naturalization laws authorized by Congress in the Constitution of the United States were not granted at this time, *a fortiori*, there were now "citizens of the United States of America."

And as an Offer of Proof of American citizen and "citizen of the United States of America" was also used in international citizen issues as evidenced by 1 Stat. 477, being **Attachment 5**, and was enacted for the protection of the people of the several States as proof of their highest citizen status in International Law as The United States of America was having it's naturalized citizens from especially Great Britain taken under ***impressments*** and this was one of the causes of the War of 1812. See *Perez v. Brownell*, 356 U.S. 44, 67 (*dissenting opinion* 1958).

The uniform Rule of Naturalization granted to Congress in Article I Section 8 Clause 4 is today codified in 8 U.S.C. § 1449 as a "citizen of the United States of America", remaining unchanged. The Naturalization Certificate today is still granted to the newly naturalized man/woman as a "citizen of the United States of America", and as an Offer of Proof, I have attached two redacted naturalization documents to protect the identity of parties, being **Attachment 6**, and **Attachment 7**. There can be doubt as to the fact that a "citizen of the United States of America" is a citizen of any of the several States, and upon being domiciled in any of the several States, he is then clothed with the inherent and unalienable rights secured in the constitution of that particular one of the several States.

Congress today still enters their Office as a "citizen of the United States of America" as, and not as a "citizen of the United States", and as an Offer of Proof of same, I attach **Attachment 8**.

The Fourteenth Amendment was ratified July 9, 1868 declaring that "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;" The 14th Amendment ". . . speaks only of privileges and immunities of citizens of the United States and does not speak of the those of the citizens of the several States." *Slaughter-*

*House Cases*, 83 U.S. 36, 24 (1872).  And further *ibid 25*, ". . .but we wish to state here that it is only the former which are placed by this clause under the protection of the Federal Constitution, and that the latter, whatever they may be, are not intended to have any additional protection by this paragraph of the amendment."   The privileges and immunities which belong to citizens of the several States are left to State governments and are not placed under the special care of the Federal government *ibid 27*.

Then *statutory* enactments of Congress under 14 Stat 27 were to clothe the Negroes as ***citizens of the United States*** with the same existing unalienable rights, i.e. fundamental rights, as the citizens of any of the several States, i.e. as white citizens already possessed arising under the constitutions of one of the several States in which the white citizen was domiciled, *ibid 27, sec.1*. And an Offer of Proof of same, I have attached a copy of  Revised Statutes of 1878 §§ 1977, 1978, being **Attachment 9**.  See also 16 Stat. 144 sec. 16; 18 Stat. 336.

The protections of the unalienable rights and allegiance of Clugston and the Sovereignty and duty for the protection of same, rests alone with any of the several States for it's citizens, and this still remains unaltered by the addition of the Fourteenth Amendment for "citizens of the United States" (national citizenship) as held in the adjudged decision of *United States v. Cruikshank*, 92 U.S. 542, 553- 555 (1875), to wit:

> The rights of life and personal liberty are natural rights of man. 'To secure these rights,' says the Declaration of Independence, 'governments are instituted among men, deriving their just powers from the consent of the governed.' **The very highest duty of the States, when they entered into the Union under the Constitution, was to protect all persons within their boundaries in the enjoyment of these 'unalienable rights with which they were endowed by their Creator.' Sovereignty, for this purpose, rests alone with the States. It is no more the duty or within the power of the United States to punish for a conspiracy *554 to falsely imprison or murder within a State, than it would be to punish for false imprisonment or murder itself.**
> * * *
> The fourteenth amendment prohibits a State from denying to any person within its jurisdiction the equal protection of the laws; **but this provision does not, any more than the one which precedes it, and which we have just considered, add any thing *555 to the rights which one citizen has under the Constitution against another. The equality of the rights of citizens is a principle of republicanism**. Every republican government is in duty bound to protect all its citizens in the enjoyment of this principle, if within its power. **That duty was originally assumed**

by the States; and it still remains there. The only obligation resting upon the United States is to see that the States do not deny the right. This the amendment guarantees, but no more. The power of the national government is limited to the enforcement of this guaranty. *[Emphasis added]*

Concerning the privileges and immunities of "citizens of the United States", the unalienable rights secured and protected in the constitutions of the several States were not granted to the United States and was clearly withheld as stated in the 9th and 10th Amendments in the Bill of Rights. There are few privileges and immunities of a citizen of the United States and in the adjudged decision of *Slaughter-House Cases*, 83 U.S. 36 (1872) articulated the certain privileges and immunities in the Constitution of the United States to people with the national citizenship, being a citizen of the United States imposed upon the States, *id.* at 26 being, to wit:

[P]rohibition against *ex post facto laws*, *bills of attainder*, and *laws impairing the obligation of contracts. But with the exception of these and few other restrictions*, the entire domain of the privileges and immunities of citizens of the States, as above defined, lay within the constitutional and legislative power of the States, and without that of the Federal Government. *[Emphasis added]*

Arising under the adjudged decision of *Crandal v. Nevada*, 73 U.S. 35 (1867) cited in *Slaughter-House Cases id.* at 27 are other privileges and immunities of a citizen of the United States enumerated, to wit:

He has the *right to come to the seat of government to assert any claim he may have upon that government*, or to *transact any business* he may have with it. To *seek its protection*, to *share its offices*, to *engage in administering* its functions. He has a right *to free access to its sea-ports*, through which all the operations of foreign trade and commerce are conducted, *to the sub-treasuries, the land offices, the revenue offices*, and the *courts of justice in the several States*, and this right is in its nature *independent of the will of any State over whose soil he must pass in the exercise of it. [Emphasis added]*

In *Slaughter-House Cases id* at 28 are some other privileges or immunities of a citizen of the United States, to wit:

[A]nother privilege of a citizen of the United States is to demand the *care and protection* of the Federal government *over his life, liberty, and property when on the high seas or within the jurisdiction of a foreign government*. . . . The *right of peaceable assemble* and *petition for redress of grievances*, the *privilege of the writ of habeas corpus*, are rights guaranteed by the Federal Constitution. The *right to use the navigable waters of the United States*, however they may penetrate the territory of the several States, *all rights secured to our citizens by treaties with*

*foreign nations*, are dependent upon citizenship of the United States, and not citizenship of a State."

In the adjudged decision of *Williams v. State of Mississippi*, 170 U.S. 213 (1898), to wit:

" . . . ultimately in the power of review which this court may exercise over their judgments whenever ***rights, privileges, or immunities claimed under the constitution or laws of the United States are withheld or violated***; and that the ***denial or inability to enforce in the judicial tribunals of the states rights secured by any law*** providing for the equal civil rights of citizens of the United States . . ." *[Emphasis added]*

Concerning the Privileges and Immunities of the several States, in *Maxwell v. Dow*, 176 U.S. 581, 587-590 (1900) citing *Slaughter-House Cases*, 83 U.S. 36, 75-78 (1872) where Justice Miller did explicate the differences between the privileges and immunities of the several States and of the privileges and immunities of the citizens of the United States which *Slaughter-House Cases, supra*. has not been overturned and only some negative history concerning applications to "persons" as in 28 U.S.C. § 1983, which has no application to the on point explication of *Slaughter-House Cases ibid* in *Maxwell ibid 587-590*.

In *Maxwell at 593* Justice Peckham for the Court states that "[T]he protection of the citizen in his rights a citizen of the state still remains with the state." Continuing on in *Maxwell at 593* the principle of *U.S. v. Cruikshank*, 92 U.S. 542, to wit:

**[W]herein it is said that sovereignty, for the protection of the rights of life and personal liberty within the respective states, rests alone with the states.** But if all these rights are included in the phrase 'privileges and immunities' of citizens of the United States, which the states by reason of the Fourteenth Amendment cannot in any manner abridge, **then the sovereignty of the state in regard to them has been entirely destroyed, and the Slaughter-House Cases and United States v. Cruikshank are all wrong, and should be overruled.** *[Emphasis added]*

The *Slaughter-House Cases* and *U.S. v. Cruikshank* have never been overturned.

And further, Justice Miller in the *Slaughter-House Cases*, 83 U.S. 36, 75 (1872) "They are, in the language of Judge Washington, ***those rights which the [are] fundamental***. Throughout his opinion, they are spoken of as rights belonging to the individual as a citizen of a State. They are so spoken of in the constitutional provision, which he was construing. ***And they***

*have always been held to be the class of rights which the State governments were created to*

*establish and secure." [Emphasis added]*

In *Corfield v. Coryell*, 6 F.Cas. 546, 551, 552 (1823), a case the Supreme Court of the

United States has described as, "the first, and long, leading explication of the [Privileges and

Immunities] Clause," see *Austin v. New Hampshire*, 420 U.S. 656, 661 (1975), Mr. Justice

Washington, sitting as Circuit Justice declared the following on Article IV, Section 2 on the

Privileges and Immunities of the several States, to wit:

> The inquiry is, what are the privileges and immunities of citizens in the several states? We feel no
> hesitation in confining these expressions to those **privileges and immunities which are, in their
> nature, fundamental; which belong, of right, to the citizens of all free governments; and
> which have, at all times, been enjoyed by the citizens of the several States which compose
> this Union, from the time of their becoming free, independent, and sovereign.** What these
> fundamental principles are, it would perhaps be more tedious than difficult to enumerate. They
> may, however, be all comprehended under the following general heads: **Protection by the
> government; the enjoyment of life and liberty, with the right to acquire and possess property
> of every kind, \*552 and to pursue and obtain happiness and safety; subject nevertheless to
> such restraints as the government may justly prescribe for the general good of the whole.
> The right of a citizen of one state to pass through, or to reside in any other state, for
> purposes of trade, agriculture, professional pursuits, or otherwise; to claim the benefit of the
> writ of habeas corpus; to institute and maintain actions of any kind in the courts of the state;
> to take, hold and dispose of property, either real or personal; and an exemption from higher
> taxes or impositions than are paid by the other citizens of the state; may be mentioned as
> some of the particular privileges and immunities of citizens, which are clearly embraced by
> the general description of privileges deemed to be fundamental: to which may be added, the
> elective franchise, as regulated and established by the laws or constitution of the state in
> which it is to be exercised.** These, and many others which might be mentioned, are, strictly
> speaking, privileges and immunities, and the enjoyment of them by the citizens of each state, in
> every other state, was manifestly calculated (to use the expressions of the preamble of the
> corresponding provision in the old articles of confederation) 'the better to secure and perpetuate
> mutual friendship and intercourse among the people of the different states of the Union.'

Citing *Corfield, ibid,* see *Slaughter-House* Cases, 83 U.S. 36, 75, 76 (1872); *U.S. v.*

*Wheeler*, 254 U.S. 281, 296, 297 (1920); Baldwin *v. Fish and Game Commission of Montana*

436 U.S. 371, 384, 383 (1978).

In *Maxwell at 587-590* the *Slaughter-House Cases* are examined in length with *Maxwell*

supporting  *Slaughter-House Cases* in that the citizen of the several States are distinct and

different from a citizen of the United States; and, that the security were not intended any

additional protection by the 14th Amendment paragraph to the citizens of the several States; and, that the security and protection of the citizens of the several States still rests in the several States; and, that the 14th Amendment only enforces the equal protection of all within the several States; and, and if the 14th Amendment did subject the state governments of the several States to the will of Congress, it would fetter and degrade the state governments to the censoring of Congress, departing from the structure and spirit of our institutions; and, is convinced that no change in the privileges and immunities residing in the several States has changed.

8.    ***Can Congress or the Legislatures of any of the several States legislate and regulate for a certain evil or abuse of a certain Class of people not covering all of the people?*** The answer is *Yes*, the Legislatures of any of the several States can legislature for a particular evil or abuse Class not including all Classes of people with one of the several States or all of the people in one Class. The pronouncements of the Supreme Court of the United States clearly explicate the answer in the affirmative of legislating for a certain evil or abuse that may not cover all of a certain Class or all of those within the Class legislated to regulate a particular evil. The Court shall take judicial Notice of *Patsone v. Commonwealth of Pennsylvania*, 232 U.S. 138 (1914); *Miller v. Wilson*, 236 U.S. 373 (1915). Clugston is not in this Class of which the particular evil apparently is to control and monitor the benefits, with pecuniary benefits devolving upon the State, the state agencies and the employees of said State or it's agencies.

9.    ***Was the decision of the Supreme Court of the State of Alaska ruling on an administrative issue giving pecuniary benefits prefaced under the federal benefits of the SSS and having a SSN to one party, being Langham?*** The answer is a resounding *Yes*, as clearly shown by the facts *supra.* of questions and answers of 1-8. Langham has made application for federal benefits under the SSS with a SSN.

10.   ***Did Langham and Weber (intervening State attorney) erroneously conflated preclusion***

***law of administrative decisions with the Rooker-Feldman Doctrine?***   The answer is ***Yes***, as the

Rooker-Feldman was finally interred as stated in *Lance v. Dennis*, 126 S.Ct. 1198, 1204

(*dissenting opinion* 2006), to wit:

> Last Term, in Justice GINSBURG's lucid opinion in *Exxon Mobil Corp. v. Saudi Basic Industries Corp.,* 544 U.S. 280, 125 S.Ct. 1517, 161 L.Ed.2d 454 (2005), **the Court finally interred the so-called "*Rooker-Feldman* doctrine." And today, the Court quite properly disapproves of the District Court's resuscitation of a doctrine that has \*1204 produced nothing but mischief for 23 years. *[Emphasis added]*

And further the Rooker-Feldman does not preclude nonparties to an earlier state-court

judgment in the pronouncement of *Dennis ibid at 1202*, to wit:

> **The District Court erroneously conflated preclusion law with Rooker-Feldman.   Whatever the impact of privity principles on preclusion rules, Rooker-Feldman is not simply preclusion by another name.**   The doctrine applies only in "limited circumstances," Exxon Mobil, supra, at 291, 125 S.Ct. 1517, **where a party in effect seeks to take an appeal of an unfavorable state-court decision to a lower federal court.   The Rooker-Feldman doctrine does not bar actions by nonparties to the earlier state-court judgment simply because, for purposes of preclusion law, they could be considered in privity with a party to the judgment.**[FN2]
>
> > FN2. In holding that **Rooker-Feldman** does not bar plaintiffs here from proceeding, we need not address whether there are any circumstances, however limited, in which **Rooker-Feldman** may be applied against a party not named in an earlier state proceeding-e.g., where an estate takes a de facto appeal in a district court of an earlier state decision involving the decedent.

And further, preclusion using Rooker-Feldman is not a jurisdictional matter as held in

*Exxon v. Saudi Basic Industries Corp.*, 544 U.S. 280, 282, 286, 293 (2005).

And further, in *Dennis, supra.*, at 1201 Weber's and Langham's use of the Rooker-

Feldman as preclusion law has no application of actions and determination made by an agency,

of which in the Complaint is replete with Attachments as Offers of Proof of facts of Agency

determinations which was the Issue in the Supreme Court of the State of Alaska, to wit:

[See] Verizon Md. Inc. v. Public Serv. Comm'n of Md., 535 U.S. 635, 644, n. 3, 122 S.Ct. 1753, 152 L.Ed.2d 871 (2002) (**Rooker-Feldman "has no application to judicial review of executive action, including determinations made by a state administrative agency"**);

10.    *Can a court of the several States exercising the judicial Power of one of the several States under the Authority of one of the several States or a court of the United States arising Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States make administrative determinations where the court or errors lies in the executive Branch or an agency that exercises no executive, judicial or legislative Power of one of the several States?* The answer is *No*, and this important issue was addressed in great length in the Complaint and Clugston will only reference the cases that have firmly established this well settled issue. See *Hayburn's case*, 2 U.S. 408 (1792); *United States v. Ferreira*, 54 U.S. 40 (1851); *Plaut v. Spendthrift Farm, Inc.*, 514 U.S. 211 (1995); *Buckley v. Valeo*, 424 U.S. 1, 123 (1976).

11.    *Can Congress or the Legislature of one of the several States force and coerce Clugston under threats of civil and criminal prosecution who is not a citizen of the United States, has no SSN in his true name, does not want the federal benefit of SSS with attached SSN be forced to surrender his fundamental Rights in the Privileges and Immunities secured in the Constitution of the United States to Langham who wants to accept federal benefits under the SSS with a SSN?* The answer is *No*, as Langham and the minions that support the Administrative State, being outside of any constitution having no judicial Power, no executive Power, and no legislative Power of any of the several States or of Congress can not create an obligation that reaches back in to fundamental Rights of Clugston forcing him to accepts federal benefits.

       **Clugston** is an American citizen, "citizen of the United States of America", Natural Born

Native and citizen of the foreign state of Alaska domiciled in the territorial boundaries of Alaska. Clugston has no Social Security Number in his *true name*, being two Christian Names and one Family name, with all being Proper Nouns, i.e. only the first letter being capitalized. Clugston does not claim being a "citizen of the United States", but claims as his primary citizen status with his fundamental rights in one of the several States.

Clugston is not a "citizen of the United States" as used by Congress as found 8 U.S.C. §§1401, 1404, and 5 U.SC. 552a(2) and (13), and has not knowingly and denies any application for any federal benefit or gratuity, and has not on the record waived his inalienable rights, fundamental rights, i.e. rights secured in the Constitution and other founding documents of the United States of America and the United States.

And further, no denial of Clugston's citizen status has been forthcoming, and no evidence or allegation to Clugston not being an a citizen of one of the several States with fundamental Rights secured in a constitution of one of the several States and in the Privileges and Immunities in the Constitution of the United States in Article IV Section 2.

***Therefore***, being a "citizen of the United States", being an "Individual", receiving "federal benefits under the SSS with a SSN" and "child custody" conflated irrevocable *a fortiori* with Congress denying a remedy and all access to courts of Law. Why would Clugston want to surrender his fundamental rights for a federal benefit with no remedy or access to Courts of Record?

***And further***, as Clugston established facts of not being a "citizen of the United States"; and, facts of not being an "individual"; and, facts of not wanting any federal benefits under the SSS with a SSN; and, facts of not surrendering his fundamental rights secured in the Privileges and

Immunities Clause in Article IV section 2; and, facts of not surrendering his citizen status as an American citizen, citizen of the United States of America and a citizen of one of the several States; and facts of challenging the standing of those that purport to be judicial Officers of any of the several States and executive Officers of any of the several States flows *a fortiori* that no obligation can operate from receiving benefits of one party (Langham) outside of any constitution Powers to a party that has secured fundamental Rights refusing to accept federal benefits who has his fundament Rights secured in the Constitution of the United States Privileges and Immunities Clause.

      ***Therefore,*** Langham's Motion should be denied in total.

My hand,

*Leon Cuene Clayton*

**Certification**

      I certify that a true and correct copy of this document and its attachments were mailed first class to the following parties, to wit:

Eric Smith
435 South Denali
Palmer, AK 99645-6437
907-746-7500

Ray A. Hollenbeck
CSSD
550 W. 7th Avenue Ste 310
Anchorage, Alaska 99501
269-6900 phone
269-6813 Fax

Richard Romero
CSSD
550 W. 7th Avenue Ste 310
Anchorage, Alaska 99501
269-6900 phone
269-6813 Fax

Rachel King
CSSD
550 W. 7th Avenue Ste 310
Anchorage, Alaska 99501
269-6900 phone

269-6813 Fax

Megan R. Webb (courtesy copy)
Department of Law
Office of the Attorney General
Anchorage, Branch
1031 West 4th Avenue Ste 200
Anchorage, Alaska
907-269-5100

Kevin D. Williams
Department of Law
Office of the Attorney General
Anchorage, Branch
1031 West 4th Avenue Ste 200
Anchorage, Alaska
907-269-5100

Crystal Langham
P.O. Box 879468
Wasilla, Alaska 99687

Date July 24, 2006

_____
Signature