RECEIVED
JUL 24 2006
CLERK U.S. DIST...
AN...
...T COUR...

| Form **1040** | Department of the Treasury—Internal Revenue Service **2005** | (99) | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|
| | U.S. Individual Income Tax Return | | OMB No. 1545-0074 |

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning       , 2005, ending       , 20

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 16. | Apt. no. | ▲ You **must** enter your SSN(s) above. ▲ |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 16. | | Checking a box below will not change your tax or refund. |

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☐ **Spouse**
c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 19.

Boxes checked on 6a and 6b ____
No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see page 20) ____
Dependents on 6c not entered above ____
Add numbers on lines above ▶ ☐

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . . | 15a | | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits . | 20a | | b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 29) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Tuition and fees deduction (see page 34) | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.   Cat. No. 11320B   Form **1040** (2005)

2 pgs   Attachment 3

Form 1040 (2005)                                                                                                                                           Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . | 38 |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. } Total boxes checked ▶ 39a | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶39b ☐ | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) . . | 40 |
| | 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . | 41 |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 |
| | 44 | **Tax** (see page 37). Check if any tax is from: **a** ☐ Form(s) 8814   **b** ☐ Form 4972 . . . | 44 |
| | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 . . . . . . . . . | 45 |
| • All others: | 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . ▶ | 46 |
| Single or Married filing separately, $5,000 | 47 | Foreign tax credit. Attach Form 1116 if required . . . . | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R . . | 49 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 50 | Education credits. Attach Form 8863 . . . . . . . | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 . . | 51 | |
| | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | |
| | 53 | Adoption credit. Attach Form 8839 . . . . . . . . | 53 | |
| Head of household, $7,300 | 54 | Credits from:   **a** ☐ Form 8396   **b** ☐ Form 8859 . . . | 54 | |
| | 55 | Other credits. Check applicable box(es):   **a** ☐ Form 3800   **b** ☐ Form 8801   **c** ☐ Form _____ | 55 | |
| | 56 | Add lines 47 through 55. These are your **total credits** . . . . . . . . . ▶ | 56 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . . . . . ▶ | 57 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . | 58 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . . | 59 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . | 60 |
| | 61 | Advance earned income credit payments from Form(s) W-2 . . . . . . . . . | 61 |
| | 62 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . | 62 |
| | 63 | Add lines 57 through 62. This is your **total tax** . . . . . . . . . . . . ▶ | 63 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . . | 64 | |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** . . . . . . . . | 66a | |
| | b | Nontaxable combat pay election ▶ | 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 . . . . . | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 . | 70 | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** . . . . ▶ | 71 |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** | 72 |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want **refunded to you** . . . . . . . . . . . . ▶ | 73a |
| | ▶b | Routing number ☐☐☐☐☐☐☐☐☐   ▶ **c** Type: ☐ Checking ☐ Savings | |
| | ▶d | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | |
| | 74 | Amount of line 72 you want **applied to your 2006 estimated tax** ▶ | 74 | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | 75 |
| | 76 | Estimated tax penalty (see page 60) . . . . . . . . . | 76 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☐ **No** | | |
| | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ ☐☐☐☐☐ |
| **Sign Here** Joint return? See page 17. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature | Date | Your occupation | Daytime phone number ( ) |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN  Phone no. ( ) | |

Form **1040** (2005)

✽ Printed on recycled paper