# THE UNITED STATES OF AMERICA

## DEPARTMENT OF LABOR

**No. 1**

### CERTIFICATE OF RECEIVED COPY

**- ORIGINAL -**

Petition No. _____

Personal description of holder as of date of naturalization: Date of birth _____ ; sex _____ ; color _____ ; complexion _____ ; color of eyes _____ ; color of hair _____ ; height _____ feet _____ inches; weight _____ pounds; visible distinctive marks _____ ; none

Marital status _____ ; Country of former nationality _____

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

_____
(Complete and true signature of holder)

UNITED STATES OF AMERICA }
EASTERN DISTRICT OF VIRGINIA } ss:

Be it known, that at a term of the U. S. District Court of the Eastern District of Virginia
Norfolk, Virginia

held pursuant to law at _____
on _____

then residing at _____
intends to reside permanently in the United States (when so required by the Naturalization Laws of the United States), had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be, and she was admitted as a citizen of the United States of America.

In testimony whereof the seal of the court is hereunto affixed this _____ day of _____ in the year of our Lord nineteen hundred and _____

**WALKLEY E. JOHNSON**
Before _____ U. S. District Court
By _____ Deputy

[Seal]

IT IS A VIOLATION OF THE U. S. CODE (AND PUNISHABLE AS SUCH) TO COPY, PRINT, PHOTOGRAPH, OR OTHERWISE ILLEGALLY USE THIS CERTIFICATE.

RECEIVED
JUL 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Attachment 6
1 of 1