# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

**·ORIGINAL·**

No. ____

Petition No. ____

Personal description of holder as of date of naturalization: Date of birth ____ ; sex ____ ; complexion ____ ; color of eyes ____ ; color of hair ____ ; height ____ feet ____ inches; weight ____ pounds; visible distinctive marks ____
Marital status ____ ; Country of former nationality ____
I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

_(Complete and true signature of holder)_

State of ____
County of ____ } ss:

Be it known that at a term of the ____ Court of ____ held pursuant to law at ____
on ____ the Court having found that ____
then residing at ____
intends to reside permanently in the United States (when so required by the Naturalization Laws of the United States), had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be and (s)he was admitted as a citizen of the United States of America.
In testimony whereof the seal of the court is hereunto affixed this ____ day of ____ , in the year of our Lord nineteen hundred and ____ and of our Independence the one hundred and ____

Clerk of the ____ Court.

By ____ , Deputy Clerk.

IT IS A VIOLATION OF THE U. S. CODE (AND PUNISHABLE AS SUCH) TO COPY, PRINT, PHOTOGRAPH, OR OTHERWISE ILLEGALLY USE THIS CERTIFICATE.

CLERK U.S. DISTRICT ANCHORAGE, ALASKA JUL 2 ...

Attachment 7
161