# United States Senate

SENATE DISBURSING OFFICE
ROOM SH-127, HART BUILDING
WASHINGTON, DC 20510-7104

Mr.
Ms.
Mrs.
Miss ................................................................................................................................................ is hereby appointed ..
      (First Name)                      (Middle Initial)                  (Last Name)

............................................................................................................................................................................ ..
(Title of Position)

............................................................................................................................................................................ ..
(Senator, Committee or Office)

S. Res. ...................................................................................................................................................... ..
(Committee Authority)

at $ ............................ per annum, effective ............................................................................... ..

```
┌─────────────────────────────┐
│   Senator's Office Only     │
│       DUTY STATION          │
│                             │
│   _____    │
│       City and State        │
│ (Washington, D.C. unless    │
│   otherwise designated)     │
│                             │
│ For designations other than │
│ Washington, D.C., I have    │
│ read and agree to the       │
│ pertinent travel regulation │
│ on permissible reimbursements│
└─────────────────────────────┘
```

............................................................................. ..
*Senator, Committee Chairman, or*
*Elected Official*

**Sec. 3331, Title 5, U.S.C.:**

    Every person appointed to any office of honor or profit shall, before entering upon the duties of such office, and before being entitled to any part of the salary thereof, take and subscribe to the following oath:

    "I, ..............................................................................., do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

| | |
|---|---|
| LOGGED IN F/O ........ | |
| BENEFITS SEC .......... | |
| INPUT ......................... | |
| CHECKED .................. | |
| FINALIZED ................ | |

...........................................................
(Signature of employee)

*Subscribed and sworn to before me this* ........

day of ................................................., 19........  [ NOTARY SEAL ]

............................................................
*Notary Public.*

State of ................................................

My commission expires ....................
(over)

RECEIVED
JUL 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Attachment 8
2 pg

# PERSONNEL AFFIDAVIT

|   |   |   |

**Social Security Number**

I DO SOLEMNLY SWEAR (OR AFFIRM)—THAT

1.
    (a) _____ I am a citizen of the United States of America (USA), or
    (b) _____ I owe allegiance to the USA (from the country of ................................................), or
    (c) _____ I am an alien from Cuba, South Vietnam, Poland, or the Baltic countries lawfully admitted to the USA for permanent residence, or
    (d) _____ I am a South Vietnamese, Cambodian, or Laotian refugee paroled in the USA after January 1, 1975, or
    (e) _____ I am a citizen of the Republic of the Philippines, Israel, or Ireland, or
    (f) _____ I am a national of a country allied with the USA in the current defense effort (from the country of...................................................).

2. I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

3. I { have previously been ..................... / *have not* previously been ................. / am currently ..................... } employed in a civilian capacity by the United States Government, including the United States Senate or the House of Representatives, or by the Government of the District of Columbia. *(Complete items a through f if previously or currently employed.)*

    **a.** My last Federal employment:
    from ................... to ...................
    (first & last day on payroll)

    Agency ........................................
    Bur/Div ........................................
    City/State ....................................
    Office Ph # ..................................

    **b.** My other Federal Service has been with:
        *Agency*    *Mo-Yr to Mo-Yr*

    **c.** My life insurance status was: ☐ Basic; ☐ Option A; ☐ Option B (Multiple(s) _____); ☐ Option C; ☐ waived; ☐ ineligible

    **d.** My health insurance status was: ☐ enrolled; ☐ not enrolled; ☐ ineligible. FEHB Code ..................

    **e.** My retirement status was: ☐ FERS; ☐ CSRS; ☐ FICA; ☐ OFFSET CSRS

    **f.** My Thrift Savings Plan status was: ☐ not enrolled, ☐ enrolled; _____ % per pay period with _____ % G, _____ % F, _____ % C.

    **g.** I currently have an outstanding TSP loan: ☐ yes, ☐ no.

4. I certify that I am not in a leave without pay (LWOP) status from any Federal agency.

5. I certify that I { ........am / ........am not } receiving a pension, annuity, or retirement pay from the United States Government.

    Source of the above income:
    .......... Civil Service Retirement System.
    .......... Foreign Service Retirement System.
    .......... Workers' Compensation.
    .......... Social Security or Veterans benefits.
    .......... Federal Employees Retirement System.
    .......... District of Columbia government, including Police and Fire Departments and School System.

    CLAIM NUMBER, IF ANY ..................

6. I certify that I am not currently on active duty with the Armed Forces of the United States and I { ..........am / ..........am not } currently receiving Retired Military Pay; I { ..........will / ..........will not } be entitled to such pay, effective.................. (Date)

RET___ / _____ / _____ / _____ / _____ / _____ / _____ / _____ /
    Combt or Disab  Reg or Res  Branch  Rank  Service No  Yrs  Ret Date

I served on active duty with the U.S. _____ from _____ to _____.
    Branch    date    date

7. I am not a relative of my appointing official or a relative of anyone authorized to recommend appointments to my appointing official.

List Prior Legal Names:

....................................................  ➤  ....................................................
                                                       (Signature of employee)

Subscribed and sworn to before me this

........ day of ........................, 19......

                                               (Signature)    *Notary Public.*

State of ........................................

[ NOTARY SEAL ]    My commission expires ........................................

                                                                        GPO: 992 60-648 (m)