The United States of America

The United States

District of Alaska

District Court of the United States

Leon Gene Clugston

Plaintiff

*Versus.*

Eric Smith, individual capacity (personal capacity); and
Kevin D. Williams, individually (personal capacity); and,
Rachel King, individually (personal capacity); and,
Richard Romero, individually (personal capacity); and,
Ray A. Hollenbeck, individually (personal capacity); and,
Crystal Dawn Langham, individually (personal capacity); and,
John Does 1-20

Defendants

Case 3:06-cv-00140-JWS

ORDER

Langham's Motion to Dismiss is Denied.

Other _____

_____

_____
Judge

*RECEIVED JUL 24 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA*