```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

LEON GENE CLUGSTON,,
      Plaintiff,

                          Case Number 3:06-cv-00140-JWS

v.

ERIC SMITH, et al.,
      Defendants.             **JUDGMENT IN A CIVIL CASE**

\_\_\_\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this action is dismissed with prejudice.

APPROVED:

/s/JOHN W. SEDWICK
John W. Sedwick
United States District Judge

    August 17, 2006
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                      IDA ROMACK
                                Ida Romack, Clerk of Court

[~5388371.wpd]{JMT2.WPT*Rev.3/03}