45 CFR Sec. 302.34

CODE OF FEDERAL REGULATIONS
TITLE 45--PUBLIC WELFARE
SUBTITLE B--REGULATIONS RELATING TO
PUBLIC WELFARE
CHAPTER III--OFFICE OF CHILD SUPPORT
ENFORCEMENT (CHILD SUPPORT
ENFORCEMENT
PROGRAM), ADMINISTRATION FOR
CHILDREN AND FAMILIES, DEPARTMENT OF
HEALTH AND
HUMAN SERVICES
PART 302--STATE PLAN REQUIREMENTS
Current through December 28, 2005; 70 FR 76935

Sec. 302.34 Cooperative arrangements.

The State plan shall provide that the State will enter into written agreements for cooperative arrangements under Sec. 303.107 with appropriate courts, law enforcement officials, Indian tribes or tribal organizations. Such arrangements may be entered into with a single official covering more than one court, official, or agency, if the single official has the legal authority to enter into arrangements on behalf of the courts, officials, or agencies. Such arrangements shall contain provisions for providing courts and law enforcement officials with pertinent information needed in locating noncustodial parents, establishing paternity and securing support, to the extent that such information is relevant to the duties to be performed pursuant to the arrangement. They shall also provide for assistance to the IV-D agency in carrying out the program, and may relate to any other matters of common concern. Under matters of common concern, such arrangements may include provisions for the investigation and prosecution of fraud directly related to paternity and child and spousal support, and provisions to reimburse courts and law enforcement officials for their assistance.

[40 FR 27159, June 26, 1975, as amended at 47 FR 57281, Dec. 23, 1982; 54 FR 30222, July 19, 1989; 61 FR 67240, Dec. 20, 1996; 64 FR 6248, Feb. 9, 1999]

Attachment 1
PJ 1 of 1