# STATE OF ALASKA
## DEPARTMENT OF REVENUE
### CHILD SUPPORT SERVICES DIVISION

Please Reply To:

CSSD, MAILSTOP 01
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
PHONE: (907)269-6900 FAX: (907)269-6813

LEON G. CLUGSTON
4555 S NAVIGATORS CIR
WASILLA, AK 99654-9436

June 27, 2006

RECEIVED
AUG 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case Number: 001049355
Member ID: 04144114
Arrearage: $7,915.10
Custodial parent: CRYSTAL D. LANGHAM

Child(ren):
NICHOLAS          08/15/1994

Dear LEON G. CLUGSTON:

We need your help to bring your child support payments up to date. Our records show that you are delinquent in your payments in the amount of $7,915.10.

If you do not pay the amount in full or work out a payment agreement with us, we will take additional enforcement actions against you. This could include taking your driver's or occupational license, garnishing your bank accounts (including money market, IRA and cash accounts) or referring your case to the Attorney General's office for criminal or civil prosecution.

If you cannot pay this amount in full, please contact me within the next 14 days at (907) 269-6959 to discuss your options. It is important that you do not ignore this notice.

Please send your payment to:

   CSSD
   PO Box 102760
   Anchorage, AK 99510-2160

To insure you receive proper credit on your account, please use the Case Number and Member ID (located at the top of this page) with your payment.

Thank you for your help in caring for your child.

Precyous P Council
Child Support Representative

*Attachment 3 Pg 1 of 1*

CSSD 04-1860A (Rev 07/07/04)
U-01/7100 C-01/7088

TOLL FREE (In-state, outside Anchorage): (800) 478-3300         SOUTHEAST: (907) 465-5887    MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900   FAX: (907) 269-6813 or 6914         FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 770-6894