Alaska Department of Revenue

# Child Support Services Division

Please Reply To:
CSSD, MS      27
550 W 7TH AVE STE 310
ANCHORAGE, AK 99501-6699
PHONE: (907)269-6900  FAX: (907)269-6813
www.childsupport.alaska.gov

RECEIVED
AUG 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LEON G. CLUGSTON
4555 S NAVIGATORS CIR
WASILLA, AK 99654-9436

August 5, 2006

Member-ID:      04144114

## Notice of Intent to Suspend or
## Deny the Issuance or Renewal of Your Driver's License
(Alaska Statute 25.27.246 and 15 Alaska Administrative Code 125.605-635)

Our records show that you are not in substantial compliance with your support order. You owe more than four times your monthly obligation and the past due amount is more than $1,000.00.  Therefore, we must report you to the Division of Motor Vehicles to:

1. Suspend any existing driver's license,
2. Deny the issuance of a driver's license, or
3. Deny your request for renewal of a driver's license.

You have the right to ask us to review your case.  This request must be made **in writing within 30 days** after this notice was mailed.  Please use the form provided at the end of this notice.  You are responsible for giving us any proof of payment or evidence sufficient to show that you have paid your support and no longer meet the criteria stated above. Your request for review must be mailed to **CSSD at 550 West 7th Ave., Suite 310, Anchorage, AK 99501.**

We will complete the review within 30 days after receiving your request and you will be notified in writing of the results.

If we find you in substantial compliance, we will take no action against you.  If you remain out of compliance, your license will be suspended or your renewal will be denied at the end of 150 days from the mailing of this notice.

You will be able to keep your license if we agree on a payment agreement. To find out more about a payment agreement, you can call CSSD at (907) 269-6900 or write to us.

You may also request a modification of your child support order. Please note that any such modification will only affect future support payments. The modification, if granted, will not change the child support arrears, which have already accrued. A modification action will not stop the licensing action.

**PLEASE DO NOT CONTACT THE DIVISION OF MOTOR VEHICLES.
THEY WILL NOT BE ABLE TO HELP YOU OBTAIN A REVIEW
OR PAYMENT AGREEMENT.**

Attachment 4
B 1 8 2

150 Day Licensing Notice
CSSD 04-2300D (Rev 05/24/06)  U-              /

Enforcement Cases: 001049355

TOLL FREE (In-state, outside Anchorage):  (800) 478-3300          SOUTHEAST: (907) 465-5887          MAT-SU: (907) 357-3550
ANCHORAGE: (907) 269-6900      FAX: (907) 269-6813 or 6914          FAIRBANKS: (907) 451-2830
TDD machine only: (907) 269-6894 / TDD machine only, toll free (In-state, outside Anchorage): (800) 370-6894

**CHILD SUPPORT SERVICES DIVISION**
Request for Review or Payment Agreement
(Alaska Statute 25.27.246 & 15 Alaska Administrative Code 125.605-620)

Name of Obligor:  LEON G. CLUGSTON
Current Address:

Member-ID:      04144114
Case Number(s):  001049355

I am asking CSSD to review its intent to suspend or deny the issuance or renewal of my
driver's license for the following reasons:

(__)    There isn't a valid child support order or payment schedule in effect against me.

(__)    The amount I owe is less than four times the monthly support obligation and does
        not exceed $1,000.00.

(__)    I have an active bankruptcy pending.

(__)    I am making payments under an income withholding order issued by the agency
        or under a payment agreement with the agency.

(__)    I am currently receiving unemployment insurance benefits.

(__)    The parent who owes the arrears is deceased.

(__)    CSSD is not enforcing the child support order under which the arrears are owed.

(__)    I am making my best effort to pay my child support obligation.  Please explain.

---

Please provide any and all documents which support your request for review - including
evidence of payments for which you believe you did not receive credit.

***DO NOT SEND ORIGINALS.  They will not be returned or maintained by CSSD.***

_____          _____
Date                             Signature

Payment Agreement
If you agree that you owe the amount stated and would like to enter into a payment
agreement with CSSD, check the following, sign and date the form and return the form to
CSSD:

(__)  I want to enter into a payment agreement with CSSD.

_____          _____
Date                             Signature

Please mail to:        CSSD License Enforcement Team 27
                       550 W 7th Ave, Suite 310
                       Anchorage, AK 99501-6699

If you have any questions concerning this action, you may contact CSSD at
(907) 269-6900.

*Attachment 4*
*Pg 2 of 2*

150 Day Licensing Notice                     Enforcement Cases: 001049355
CSSD 04-2300D (Rev 05/24/06)  U-        /