# The United States of America

## The United States

## District of Alaska

## District Court of the United States

**Leon Gene Clugston**
*Plaintiff*

*Versus.*

**Eric Smith, individual capacity (personal capacity); and**
**Kevin D. Williams, individually (personal capacity); and,**
**Rachel King, individually (personal capacity); and,**
**Richard Romero, individually (personal capacity); and,**
**Ray A. Hollenbeck, individually (personal capacity); and,**
**Crystal Dawn Langham, individually (personal capacity); and,**
**John Does 1-20**
*Defendants*

**Case 3:06-cv-00140-JWS**

### ORDER

The ORDERS at Dockets 23 and 24 are vacated.

_____

Judge Segwick