## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEON GENE CLUGSTON | v. | ERIC SMITH, et al. |
| THE HONORABLE JOHN W. SEDWICK | CASE NO. | 3:06-cv-00140-JWS |

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court has considered plaintiff's motion for reconsideration at docket 25. The motion provides no basis for reconsidering the order at docket 23 dismissing plaintiff's claims. The motion at docket 25 is **DENIED**.

DATE: August 24, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]