Leon Gene Clugston
4555 South Navigator Circle #7
Wasilla, Alaska [99654]
907-357-1093
Without Assistance of Counsel



# The United States of America

# The United States

# District of Alaska

# District Court of the United States

Leon Gene Clugston

*Plaintiff*

*Versus.*

Eric Smith, individual capacity (personal capacity); and
Kevin D. Williams, individually (personal capacity); and,
Rachel King, individually (personal capacity); and,
Richard Romero, individually (personal capacity); and,
Ray A. Hollenbeck, individually (personal capacity); and,
Crystal Dawn Langham, individually (personal capacity); and,
John Does 1-20

*Defendants*

Case 3:06-cv-00140-JWS

**Notice of Appeal to the Circuit Court of the United States**

**For the 9th Circuit**

**From the District Court of the United States**

**For the District of Alaska**

Come now, Leon Gene Clugston ("Clugston"), without Assistance of Counsel domiciled in the territorial boundaries of Alaska and files this Notice of Appeal to the Circuit Court of the United States for the 9th Circuit from the District Court of the United States for the District of Alaska ("Notice") of this instant Case for the final Order and Judgment at Dockets 23 and Docket 24 respectively.

The Circuit Court of the United States for the 9th Circuit has cognizance of this Case arising under Article III of all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

Clugston is an American citizen, citizen of the United States of America, and Natural Born Native and citizen of the foreign state of Alaska domiciled in the territorial boundaries of Alaska. Clugston is not a "citizen of the United States" that is irrevocably conflated with the federal benefits, the Social Security Act of 1935 (49 Stat. 620) as amended, etc.

My Hand,

*Leon Gene Clugston*

**Certification**
I certify that a true and correct copy of this document and it's attachments were mailed first class to the following parties, to wit:

Eric Smith
435 South Denali
Palmer, AK 99645-6437
907-746-7500

Ray A. Hollenbeck
CSSD
550 W. 7th Avenue Ste 310
Anchorage, Alaska 99501
269-6900 phone
269-6813 Fax

Richard Romero

CSSD
550 W. 7th Avenue Ste 310
Anchorage, Alaska 99501
269-6900 phone
269-6813 Fax

Rachel King
CSSD
550 W. 7th Avenue Ste 310
Anchorage, Alaska 99501
269-6900 phone
269-6813 Fax

Megan R. Webb
Department of Law
Office of the Attorney General
Anchorage, Branch
1031 West 4th Avenue Ste 200
Anchorage, Alaska
907-269-5100

Kevin D. Williams
Department of Law
Office of the Attorney General
Anchorage, Branch
1031 West 4th Avenue Ste 200
Anchorage, Alaska
907-269-5100

Crystal Langham
P.O. Box 879468
Wasilla, Alaska 99687

Date  8-28-06

_____
Signature