UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
SEP 1 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: Clugston v Smith, et al.
Court of Appeals No. (leave blank if unassigned): 6 - 35755
U.S. District Court Judge Name and Case No.: John W. Sedwick
Date Complaint/Indictment/Petition Filed: 6/9/06
Date Appealed Order/Judgment *entered*: 8/16/06 and 8/17/06
Date NOA *filed*: 8/28/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: N/A

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 8/28/06         Date Docket Fee billed: __
Date FP granted: __                   Date FP denied: __
Is FP pending? no                     Was FP Limited/Revoked? no
US Government Appeal? no
Companion Cases? Please list: none

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Leon Gene Clugston                    Megan Renee Webb
4555 South Navigator Circle #7        1031 W. 4th Avenue, Suite 200
Wasilla, AK  99654                    Anchorage, AK  99501
                                      megan_webb@law.state.ak.us

                                      Crystal Dawn Langham
                                      P.O. Box 879468
                                      Wasilla, AK  99687

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: n/a          Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Pam Richter
                                                      (907) 677-6125