UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
SEP 11 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| LEON GENE CLUGSTON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ERIC SMITH; KEVIN D. WILLIAMS; RACHEL KING; RICHARD ROMERO; RAY A. HOLLENBECK; CRYSTAL DAWN LANGHAM, Individual capacities (personal capacities),<br><br>Defendants - Appellees. | No. 06-35755<br>D.C. No. CV-06-00140-A-JWS<br><br>**TIME SCHEDULE ORDER** |
|---|---|




The parties shall meet the following time schedule:

**10/16/06** Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**11/15/06** The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

*** The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the**

**appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: John Ilagan
Deputy Clerk