**FILED**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 18 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

APR 1 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| LEON GENE CLUGSTON, | No. 06-35755 |
| Plaintiff - Appellant, | D.C. No. CV-06-00140-A-JWS |
| v. | |
| ERIC SMITH; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted January 16, 2007 [**]

Before:  SILVERMAN, PAEZ and BYBEE, Circuit Judges.

Appellees' motion for summary disposition is granted because the questions

raised by this appeal are so insubstantial as not to require further argument.  *See*

---

[*]    This disposition is not appropriate for publication and is not
precedent except as provided by 9th Cir. R. 36-3.

[**]    This panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

06-35755

*United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 0 6 2007

by
Deputy Clerk

2